**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Drema O'Dell a/k/a<br>Floridarellc@gmail.com | CHAPTER 7 |
| Debtor(s) | BKY. NO. 22-12578 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas, Esq.
Brian Nicholas
12 Oct 2022, 15:12:52, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322