*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Drema O'Dell
    Debtor(s)

Case No: 22–12578–amc

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Notice of Hearing to Show Cause why this case should not be dismissed for failure to file the Schedule H Official Form 106 H. Dial Information: Dial: 877–873–8017; Access Code: 3027681#

    on: 11/30/22

    at: 12:30 PM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/1/22

Timothy B. McGrath
Clerk of Court

29
Form 167