| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance | Description | Prev Available |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **0000853201 ODELL,DREMA J Share 0070: CASHBACK REWARDS CHECKING [10700000853201] Transaction Summary** | | | | | | | **11/10/2022** |
| 09/29/2022 | S 0070 | [05/31/2022] | %% APYE Avg Daily Bal   7,965.04<br>%% APY Earned  0.05% 05/01/22 to 05/31/22<br>May 2022 Avg Daily Balance Correction | | | | | | | |
| 09/25/2022 | S 0070 | 09/25/2022 | %% Card 20 #8088<br>PAI ISO 105 STEWART AVE RIDLEY PARK PA<br>ATM Withdra... | 200.00 | -200.00 | 0.00 | 0.00 | 4,863.45 | #006572 | 5,063.45 |
| 09/24/2022 | S 0070 | 09/24/2022 | %% Card 20 #8088<br>Date 09/24/22 192267700000753928550628 9399<br>MUNICIPAY*SERVICE FEE 8775905097 ME<br>Debit Card W... | 1.50 | -1.50 | 0.00 | 0.00 | 5,063.45 | Debit Gold | 5,064.95 |
| 09/24/2022 | S 0070 | 09/24/2022 | %% Card 20 #8088<br>Date 09/23/22 192267700000778053550624 9399<br>CHESTER PROTHONOTARY WESTER CHESTE PA<br>Debit Card W... | 58.00 | -58.00 | 0.00 | 0.00 | 5,064.95 | Debit Gold | 5,121.45 |
| 09/24/2022 | S 0070 | 09/24/2022 | %% Card 20 #8088<br>PNC BANK 915 NEW RD WILMINGTON DE<br>ATM Withdra... | 200.00 | -200.00 | 0.00 | 0.00 | 5,122.95 | #004447 | 5,263.45 |
| 09/24/2022 | S 0070 | [09/23/2022] | %% Card 20 #8088<br>Date 09/23/22 192266700000687325550621 9399<br>MUNICIPAY*SERVICE FEE 8775905097 ME<br>Debit Card W... | 4.64 | -4.64 | 0.00 | 0.00 | 5,322.95 | Debit Gold | 5,268.09 |
| 09/23/2022 | S 0070 | 09/23/2022 | %% Card 20 #8088<br>Date 09/22/22 192266700000729357550624 9399<br>CHESTER PROTHONOTARY WESTER CHESTE PA<br>Debit Card W... | 206.00 | -206.00 | 0.00 | 0.00 | 5,327.59 | Debit Gold | 5,469.45 |
| 09/17/2022 | S 0070 | 09/17/2022 | %% Card 20 #8088<br>SPRINGFIELD PA<br>VICTORIA'S SECRET 0163 1250 BALTIMORE PIKE<br>POS Withdra... | 29.50 | -29.50 | 0.00 | 0.00 | 5,533.59 | #274352 | 5,563.09 |
| 09/17/2022 | S 0070 | 09/17/2022 | %% Card 20 #8088<br>PIKE NEWTOWN SQUAR PA<br>NNT ULTA #1247 002788 3735 WESTCHESTER<br>POS Withdra... | 87.98 | -87.98 | 0.00 | 0.00 | 5,563.09 | #057838 | 5,651.07 |
| 09/16/2022 | S 0070 | 09/16/2022 | %% ACH Trace 041036008243517<br>%% ACH ECC PPD<br>TYPE: FED SALARY  CO: DFAS-CLEVELAND<br>ACH Deposit | 1,254.36 | 1,254.36 | 0.00 | 0.00 | 5,651.07 | DFAS-CLEVELAND | 4,396.71 |
| 09/13/2022 | S 0070 | 09/13/2022 | %% Card 20 #8088<br>Date 09/12/22 162256200000008532543281 5812<br>TST* Teikoku Restauran Newtown Squar PA<br>Debit Card W... | 45.60 | -45.60 | 0.00 | 0.00 | 4,396.71 | Debit Gold | 4,442.31 |
| | | | %% Card 20 #8088<br>NEWTOWN SQUAR PA<br>WHOLEFDS NWT#10625 3737 WEST CHESTER PIKE | | | | | | | |

Page 1

CITADEL FCU

NOV 1 0 2022

943 Sproul Rd
Springfield PA 19064

0000853201 ODELL,DREMA J Share 0070: CASHBACK REWARDS CHECKING [10700000853201] Transaction Summary   11/10/2022

| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance | Description | Prev Available |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/11/2022 | S 0070 | 09/11/2022 | POS Withdra... %% Card 20 #8088 Date 09/10/22 13225310000148807541828 6012 CAPITAL ONE CARD PYMT 800-9557070 VA | 53.10 | -53.10 | 0.00 | 0.00 | 4,442.31 | #026702 | 4,495.41 |
| 09/11/2022 | S 0070 | 09/11/2022 | Debit Card W... %% Card 20 #8088 Date 09/10/22 03225310000139064541825 4225 PY *CENTER PARK SELF S 561-5750934 FL | 100.00 | -100.00 | 0.00 | 0.00 | 4,495.41 | Debit Gold | 4,595.41 |
| 09/11/2022 | S 0070 | 09/11/2022 | Debit Card W... %% Card 20 #8088 SANTANDER 125 S Providence Media PA | 222.59 | -222.59 | 0.00 | 0.00 | 4,595.41 | Debit Gold | 4,718.00 |
| 09/10/2022 | S 0070 | 09/10/2022 | ATM Withdra... %% Card 20 #8088 SPRINGFIELD PA NNT ULTA #556 001389 1250 BALTIMORE PIKE | 403.50 | -403.50 | 0.00 | 0.00 | 4,818.00 | #445375 | 5,221.50 |
| 09/10/2022 | S 0070 | 09/10/2022 | POS Withdra... %% Card 20 #8088 Springfield PA TARGET T-2312 1200 Baltimore Pike | 31.27 | -31.27 | 0.00 | 0.00 | 5,221.50 | #033774 | 5,252.77 |
| 09/10/2022 | S 0070 | 09/10/2022 | POS Withdra... %% Card 20 #8088 Date 09/08/22 26225280000827598550032 4814 ATT* BILL PAYMENT 8003310500 TX | 103.28 | -103.28 | 0.00 | 0.00 | 5,252.77 | #019365 | 5,356.05 |
| 09/09/2022 | S 0070 | 09/09/2022 | Debit Card W... %% Card 20 #8088 Date 08/26/22 14225020000983167543681 5311 MACYS SPRINGFIELD (PA SPRINGFIELD PA | 82.35 | -82.35 | 0.00 | 0.00 | 5,356.05 | Debit Gold | 5,438.40 |
| 09/08/2022 | S 0070 | [09/07/2022] | Debit Card W... %% Card 20 #8088 GIANT 6526 4855 W CHES NEWTOWNSQUARE PA | 86.92 | -86.92 | 0.00 | 0.00 | 5,438.40 | Debit Gold | 5,442.97 |
| 09/07/2022 | S 0070 | 09/07/2022 | POS Withdra... %% Card 20 #8088 Date 09/06/22 04224930000791114543688 6012 ACI*CREDIT ONE BANK, N 877-825-3242 NV | 17.96 | -17.96 | 0.00 | 0.00 | 5,525.32 | #604873 | 5,460.93 |
| 09/07/2022 | S 0070 | 09/07/2022 | Debit Card W... %% Card 20 #8088 GIANT 6464 721 SPROULE SPRINGFIELD PA | 204.95 | -204.95 | 0.00 | 0.00 | 5,543.28 | Debit Gold | 5,748.23 |
| 09/05/2022 | S 0070 | 09/05/2022 | POS Withdra... %% Card 20 #8088 Date 09/05/22 12224700000909651230204 5631 kate spade 31816 POTTSTOWN PA | 103.54 | -103.54 | 0.00 | 0.00 | 5,748.23 | #066179 | 5,851.77 |
| 09/04/2022 | S 0070 | 09/04/2022 | Debit Card W... %% Card 20 #8088 Date 09/02/22 13224770000701572536944 5813 | 96.67 | -96.67 | 0.00 | 0.00 | 5,851.77 | Debit Gold | 5,948.44 |

CITADEL FCU

NOV 1 0 2022

943 Sproul Rd
Springfield PA 19064

**0000853201 ODELL,DREMA J Share 0070: CASHBACK REWARDS CHECKING [10700000853201] Transaction Summary**   11/10/2022

| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance | Description | Prev Available |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/04/2022 | S 0070 | 09/04/2022 | TAVOLA RESTAURANT & BA SPRINGFIELD PA<br>Debit Card W...<br>%% Card 20 #8088 | 45.26 | -45.26 | 0.00 | 0.00 | 5,948.44 | Debit Gold | 5,897.03 |
| 09/04/2022 | S 0070 | 09/04/2022 | POTTSTOWN PA<br>CALVIN KLEIN #083 18 LIGHTCAP RD STE 1199<br>POS Withdra...<br>%% Card 20 #8088 | 64.42 | -64.42 | 0.00 | 0.00 | 5,993.70 | #761531 | 6,024.86 |
| 09/04/2022 | S 0070 | 09/04/2022 | NEWTOWN SQ PA<br>INQ CITIZENS BANK 3590 W CHESTER ROA<br>%% Card 20 #8088 | | | | | | | |
| 09/04/2022 | S 0070 | 09/04/2022 | ACME 3786 NEWTOWN SQUAR PA<br>POS Withdra...<br>%% Card 20 #8088 | 33.74 | -33.74 | 0.00 | 0.00 | 6,058.12 | #110668 | 6,058.60 |
| 09/04/2022 | S 0070 | 09/04/2022 | GIANT 6526 4855 W CHES NEWTOWNSQUARE PA<br>POS Withdra...<br>%% Card 20 #8088 | 136.74 | -136.74 | 0.00 | 0.00 | 6,091.86 | #619080 | 6,195.34 |
| 09/04/2022 | S 0070 | 09/04/2022 | Date 09/03/22 26224720000845605543282 5812<br>CARRABBAS 8904 SPRINGFIELD PA<br>Debit Card W...<br>%% Card 20 #8088 | 27.48 | -27.48 | 0.00 | 0.00 | 6,228.60 | Debit Gold | 6,222.82 |
| 09/03/2022 | S 0070 | 09/03/2022 | SPRINGFIELD PA<br>OLD NAVY US 6474 400 S STATE RD<br>POS Withdra...<br>%% Card 20 #8088 | 54.88 | -54.88 | 0.00 | 0.00 | 6,256.08 | #064779 | 6,277.70 |
| 09/03/2022 | S 0070 | 09/03/2022 | Date 09/03/22 17224650000800839230531 5812<br>TST* CHELSEA TAVERN WILMINGTON DE<br>Debit Card W...<br>%% Card 20 #8088 | 34.00 | -34.00 | 0.00 | 0.00 | 6,310.96 | Debit Gold | 6,311.70 |
| 09/03/2022 | S 0070 | 09/03/2022 | Date 09/02/22 17224590000822020545664 6010<br>WSFS MIDWAY BRANCH.355 WILMINGTON DE<br>Debit Card W...<br>%% Card 20 #8088 | 260.00 | -260.00 | 0.00 | 0.00 | 6,344.96 | Debit Gold | 6,547.70 |
| 09/02/2022 | S 0070 | 09/02/2022 | Date 09/02/22 17224550000632804230538 5812<br>TST* CHELSEA TAVERN WILMINGTON DE<br>Debit Card W...<br>%% Card 20 #8088 | 28.00 | -28.00 | 0.00 | 0.00 | 6,604.96 | Debit Gold | 6,632.96 |
| 09/02/2022 | S 0070 | 09/02/2022 | Date 09/01/22 16224520000759238543288 5812<br>TST* Stitch House brew Wilmington DE<br>Debit Card W...<br>%% ACH Trace 041036008243047<br>%% ACH ECC PPD<br>TYPE: FED SALARY  CO: DFAS-CLEVELAND | 74.00 | -74.00 | 0.00 | 0.00 | 6,632.96 | Debit Gold | 6,688.96 |
| 09/02/2022 | S 0070 | 09/02/2022 | ACH Deposit<br>%% Card 20 #8088<br>Date 09/01/22 17224450000590858230538 5812 | 1,254.36 | 1,254.36 | 0.00 | 0.00 | 6,706.96 | DFAS-CLEVELAND | 5,372.60 |

CITADEL FCU
NOV 1 0 2022
943 Sproul Rd
Springfield PA 19064

**0000853201 ODELL,DREMA J Share 0070: CASHBACK REWARDS CHECKING [10700000853201] Transaction Summary**  **11/10/2022**

| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance | Description | Prev Available |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/2022 | S 0070 | 09/01/2022 | TST* FIREPOINT GRILL NEWTOWN SQUAR PA Debit Card W... | 38.72 | -38.72 | 0.00 | 0.00 | 5,452.60 | Debit Gold | 5,491.32 |

CITADEL FCU
NOV 1 0 2022
943 Sproul Rd
Springfield PA 19064

**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

```
                                        Request Date: 11-12-2022
                                       Response Date: 11-12-2022
                                     Tracking Number: 102962617819
```

## Tax Return Transcript

```
                          SSN Provided: XXX-XX-8673
                    Tax Period Ending: Dec. 31, 2021
```

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

```
                                                SSN: XXX-XX-8673
                                         SPOUSE SSN:

NAME(S) SHOWN ON RETURN: DREM J ODEL

ADDRESS: 1801 M

FILING STATUS:                                              Single
FORM NUMBER:                                                  1040
CYCLE POSTED:                                             20220505
RECEIVED DATE:                                        Apr.15, 2022
REMITTANCE:                                                  $0.00
EXEMPTION NUMBER:                                                1
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PTIN:
PREPARER EIN:

Income

WAGES, SALARIES, TIPS, ETC.:.............................$46,227.00
TAXABLE INTEREST INCOME: SCH B:...............................$0.00
TAX-EXEMPT INTEREST:..........................................$0.00
ORDINARY DIVIDEND INCOME: SCH B:..............................$0.00
QUALIFIED DIVIDENDS:..........................................$0.00
REFUNDS OF STATE/LOCAL TAXES:.................................$0.00
ALIMONY RECEIVED:.............................................$0.00
BUSINESS INCOME OR LOSS (Schedule C):.........................$0.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:..................$0.00
CAPITAL GAIN OR LOSS: (Schedule D):...........................$0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:....................$0.00
OTHER GAINS OR LOSSES (Form 4797):............................$0.00
TOTAL IRA DISTRIBUTIONS:......................................$0.00
TAXABLE IRA DISTRIBUTIONS:....................................$0.00
TOTAL PENSIONS AND ANNUITIES:.................................$0.00
TAXABLE PENSION/ANNUITY AMOUNT:...............................$0.00
```

```
ADDITIONAL INCOME:.......................................................$0.00
ADDITIONAL INCOME PER COMPUTER:..........................................$0.00
REFUNDABLE CREDITS PER COMPUTER:.........................................$0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:................................$0.00
QUALIFIED BUSINESS INCOME DEDUCTION:.....................................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):............................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:...............$0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:...................................$0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:...................................$0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:.............................$0.00
FARM INCOME OR LOSS (Schedule F):........................................$0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:...........................$0.00
UNEMPLOYMENT COMPENSATION:...............................................$0.00
TOTAL SOCIAL SECURITY BENEFITS:..........................................$0.00
TAXABLE SOCIAL SECURITY BENEFITS:........................................$0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:...........................$0.00
OTHER INCOME:............................................................$0.00
SCHEDULE EIC SE INCOME PER COMPUTER:.................................$46,227.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:.................................$0.00
SCH EIC DISQUALIFIED INC COMPUTER:.......................................$0.00
EXCESS ADV CHILD TAX CREDIT PER COMPUTER:................................$0.00
PRIMARY ECONOMIC IMPACT PAYMENT 2:.......................................$0.00
SECONDARY ECONOMIC IMPACT PAYMENT 2:.....................................$0.00
PRIMARY ADVANCED CTC PAYMENTS:...........................................$0.00
SECONDARY ADVANCED CTC PAYMENTS:.........................................$0.00
ADDITIONAL CTC EARNED INCOME:............................................$0.00
EIC PRIOR YEAR EARNED INCOME:............................................$0.00
CTC PRIOR YEAR EARNED INCOME:............................................$0.00
QUALIFIED BUSINESS INCOME DEDUCTION:.....................................$0.00
F8995 QUALIFIED BUSINESS INCOME DEDUCTION COMPUTER:......................$0.00
PRIMARY ECONOMIC IMPACT PAYMENT:.....................................$1,400.00
SECONDARY ECONOMIC IMPACT PAYMENT:.......................................$0.00
SCHOLARSHIP FELLOWSHIP GRANT:............................................$0.00
TOTAL INCOME:.......................................................$46,227.00
TOTAL INCOME PER COMPUTER:..........................................$46,227.00

Adjustments to Income

EDUCATOR EXPENSES:.......................................................$0.00
EDUCATOR EXPENSES PER COMPUTER:..........................................$0.00
RESERVIST AND OTHER BUSINESS EXPENSE:....................................$0.00
HEALTH SAVINGS ACCT DEDUCTION:...........................................$0.00
HEALTH SAVINGS ACCT DEDUCTION PER COMPTR:................................$0.00
MOVING EXPENSES: F3903:..................................................$0.00
SELF EMPLOYMENT TAX DEDUCTION:...........................................$0.00
SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER:..............................$0.00
SELF EMPLOYMENT TAX DEDUCTION VERIFIED:..................................$0.00
KEOGH/SEP CONTRIBUTION DEDUCTION:........................................$0.00
SELF-EMP HEALTH INS DEDUCTION:...........................................$0.00
EARLY WITHDRAWAL OF SAVINGS PENALTY:.....................................$0.00
ALIMONY PAID SSN:........................................................$0.00
ALIMONY PAID:............................................................$0.00
SCHOLARSHIP FELLOWSHIP EXCLUDED:.........................................$0.00
IRA DEDUCTION:...........................................................$0.00
IRA DEDUCTION PER COMPUTER:..............................................$0.00
STUDENT LOAN INTEREST DEDUCTION:.........................................$0.00
STUDENT LOAN INTEREST DEDUCTION PER COMPUTER:............................$0.00
STUDENT LOAN INTEREST DEDUCTION VERIFIED:................................$0.00
TUITION AND FEES DEDUCTION:..............................................$0.00
TUITION AND FEES DEDUCTION PER COMPUTER:.................................$0.00
OTHER ADJUSTMENTS:.......................................................$0.00
ARCHER MSA DEDUCTION:....................................................$0.00
ARCHER MSA DEDUCTION PER COMPUTER:.......................................$0.00
```

```
TOTAL ADJUSTMENTS:........................................... $0.00
TOTAL ADJUSTMENTS PER COMPUTER:.............................. $0.00
ADJUSTED GROSS INCOME:................................... $46,227.00
ADJUSTED GROSS INCOME PER COMPUTER:...................... $46,227.00
```

Tax and Credits

```
65-OR-OVER:.................................................... YES
BLIND:.......................................................... NO
SPOUSE 65-OR-OVER:.............................................. NO
SPOUSE BLIND:................................................... NO
STANDARD DEDUCTION PER COMPUTER:......................... $12,550.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:............... $1,700.00
TAX TABLE INCOME PER COMPUTER:........................... $31,977.00
EXEMPTION AMOUNT PER COMPUTER:................................ $0.00
TAXABLE INCOME:.......................................... $31,977.00
TAXABLE INCOME PER COMPUTER:............................. $31,977.00
TOTAL POSITIVE INCOME PER COMPUTER:...................... $46,227.00
TENTATIVE TAX:............................................ $3,638.00
TENTATIVE TAX PER COMPUTER:............................... $3,638.00
FORM 8814 ADDITIONAL TAX AMOUNT:.............................. $0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:............... $0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:............................ $0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:............... $0.00
FOREIGN TAX CREDIT:........................................... $0.00
FOREIGN TAX CREDIT PER COMPUTER:.............................. $0.00
FOREIGN INCOME EXCLUSION PER COMPUTER:........................ $0.00
FOREIGN INCOME EXCLUSION TAX PER COMPUTER:.................... $0.00
EXCESS ADVANCE PREMIUM TAX CREDIT REPAYMENT AMOUNT:........... $0.00
EXCESS ADVANCE PREMIUM TAX CREDIT REPAYMENT VERIFIED AMOUNT:.. $0.00
CHILD & DEPENDENT CARE CREDIT:................................ $0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:................... $0.00
CREDIT FOR ELDERLY AND DISABLED:.............................. $0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:................. $0.00
EDUCATION CREDIT:............................................. $0.00
EDUCATION CREDIT PER COMPUTER:................................ $0.00
GROSS EDUCATION CREDIT PER COMPUTER:.......................... $0.00
RETIREMENT SAVINGS CNTRB CREDIT:.............................. $0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:................. $0.00
PRIM RET SAV CNTRB: F8880 LN6A:............................... $0.00
SEC RET SAV CNTRB: F8880 LN6B:................................ $0.00
TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR:........... $0.00
RESIDENTIAL ENERGY CREDIT:.................................... $0.00
RESIDENTIAL ENERGY CREDIT PER COMPUTER:....................... $0.00
CHILD AND OTHER DEPENDENT CREDIT:............................. $0.00
CHILD AND OTHER DEPENDENT CREDIT PER COMPUTER:................ $0.00
ADOPTION CREDIT: F8839:....................................... $0.00
ADOPTION CREDIT PER COMPUTER:................................. $0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT:........................ $0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER:........... $0.00
TOTAL OTHER NON REFUNDABLE CREDIT:............................ $0.00
FORM 3800 GENERAL BUSINESS CREDITS:........................... $0.00
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:.............. $0.00
PRIOR YR MIN TAX CREDIT: F8801:............................... $0.00
PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER:.................. $0.00
F8936 ELECTRIC MOTOR VEHICLE CREDIT AMOUNT:................... $0.00
F8936 ELECTRIC MOTOR VEHICLE CREDIT PER COMPUTER:............. $0.00
F8910 ALTERNATIVE MOTOR VEHICLE CREDIT AMOUNT:................ $0.00
F8910 ALTERNATIVE MOTOR VEHICLE CREDIT PER COMPUTER:.......... $0.00
SICK FAMILY LEAVE CREDIT:..................................... $0.00
NON ITEMIZED CHARITABLE CONTRIBUTION DEDUCTION:............... $0.00
NON ITEMIZED CHARITABLE CONTRIBUTION PER COMPUTER:............ $0.00
REFUNDABLE CHILD CARE CREDIT:................................. $0.00
```

```
SICK FAMILY LEAVE CREDIT AFTER 3-31-21:..............................$0.00
REFUNDABLE CHILD CARE CREDIT VERIFIED:...............................$0.00
RECOVERY REBATE CREDIT:..............................................$0.00
RECOVERY REBATE CREDIT PER COMPUTER:.................................$0.00
RECOVERY REBATE CREDIT VERIFIED:.....................................$0.00
OTHER CREDITS:.......................................................$0.00
TOTAL CREDITS:.......................................................$0.00
TOTAL CREDITS PER COMPUTER:..........................................$0.00
INCOME TAX AFTER CREDITS PER COMPUTER:...........................$3,638.00
```

Other Taxes

```
SE TAX:..............................................................$0.00
SE TAX PER COMPUTER:.................................................$0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:.................$0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER:....$0.00
TAX ON QUALIFIED PLANS F5329 (PR):...................................$0.00
TAX ON QUALIFIED PLANS F5329 PER COMPUTER:...........................$0.00
IRAF TAX PER COMPUTER:...............................................$0.00
TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER:...................$3,638.00
IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER:....................$3,638.00
TOTAL OTHER TAXES PER COMPUTER:......................................$0.00
UNPAID FICA ON REPORTED TIPS:........................................$0.00
INTEREST ON DEFERRED TAX:............................................$0.00
TOTAL OTHER TAXES:...................................................$0.00
RECAPTURE TAX: F8611.................................................$0.00
HOUSEHOLD EMPLOYMENT TAXES:..........................................$0.00
HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER:.............................$0.00
INTEREST DUE ON INSTALLMENT:.........................................$0.00
SCH 8812 ADDITIONAL TAX COMPUTER:....................................$0.00
REFUNDABLE CHILD CARE COMPUTER:......................................$0.00
HEALTH COVERAGE RECAPTURE: F8885:....................................$0.00
DEFERRED TAX SCH H SE:...............................................$0.00
MAX DEFERRED TAX PER COMPUTER:.......................................$0.00
TOTAL ADDITIONAL TAXES:..............................................$0.00
TOTAL ASSESSMENT PER COMPUTER:.......................................$0.00
TOTAL TAX LIABILITY TP FIGURES:..................................$3,638.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:.....................$3,638.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:.....................$3,638.00
```

Payments

```
FEDERAL INCOME TAX WITHHELD:.....................................$4,976.00
SCH 8812 ADDITIONAL TAX:.............................................$0.00
ESTIMATED TAX PAYMENTS:..............................................$0.00
OTHER PAYMENT CREDIT:................................................$0.00
REFUNDABLE EDUCATION CREDIT:.........................................$0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:............................$0.00
REFUNDABLE EDUCATION CREDIT VERIFIED:................................$0.00
REFUNDABLE CREDITS:..................................................$0.00
EARNED INCOME CREDIT:................................................$0.00
EARNED INCOME CREDIT PER COMPUTER:...................................$0.00
EARNED INCOME CREDIT NONTAXABLE COMBAT PAY:..........................$0.00
SCHEDULE 8812 NONTAXABLE COMBAT PAY:.................................$0.00
EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD:..........................$0.00
SCHEDULE 8812 TOT SS/MEDICARE WITHHELD:..............................$0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT:...........................$0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:..............$0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:..................$0.00
AMOUNT PAID WITH FORM 4868:..........................................$0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:.......................$0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:...........................$0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:..............$0.00
HEALTH COVERAGE TX CR: F8885:........................................$0.00
```

```
SEC 965 TAX INSTALLMENT:........................................$0.00
SEC 965 TAX LIABILITY:..........................................$0.00
PREMIUM TAX CREDIT AMOUNT:......................................$0.00
PREMIUM TAX CREDIT VERIFIED AMOUNT:.............................$0.00
PRIMARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:..............$0.00
SECONDARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:............$0.00
FIRST TIME HOMEBUYER CREDIT REPAYMENT AMOUNT:...................$0.00
FORM 5405 TOTAL HOMEBUYERS CREDIT REPAYMENT PER COMPUTER:.......$0.00
SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER:...................$0.00
SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER (2):...............$0.00
TOTAL OTHER PAYMENTS REFUNDABLE:................................$0.00
TOTAL PAYMENTS:.............................................$4,976.00
TOTAL PAYMENTS PER COMPUTER:................................$4,976.00

Refund or Amount Owed

REFUND AMOUNT:.............................................$-1,338.00
APPLIED TO NEXT YEAR'S ESTIMATED TAX:...........................$0.00
ESTIMATED TAX PENALTY:..........................................$0.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:...................$0.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:...............$-1,338.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:..................$-1,338.00
FORM 8888 TOTAL REFUND PER COMPUTER:............................$0.00

Third Party Designee

THIRD PARTY DESIGNEE ID NUMBER:.....................................
AUTHORIZATION INDICATOR:...........................................0
THIRD PARTY DESIGNEE NAME:..........................................

Form 8863 - Education Credits (Hope and Lifetime Learning Credits)

PART III - ALLOWABLE EDUCATION CREDITS

GROSS EDUCATION CR PER COMPUTER:................................$0.00
TOTAL EDUCATION CREDIT AMOUNT:..................................$0.00
TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER:.....................$0.00
          This Product Contains Sensitive Taxpayer Data
```