November 10, 2022

DREMA ODell
CASE# 22-12578

DEAR COURT:

PLEASE Find the B-FoemH.106 ATTACHED.

Thank You

DREMA ODELL

NOV 14 2022

**Fill in this information to identify your case:**

Debtor 1 _IREMA_ _ODell_
       First Name          Middle Name         Last Name

Debtor 2 _____
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: _EASTERN_ District of _PA_

Case number _22 12578_
(If known)

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number        Street

   _____
   City                State              ZIP Code

   NOV 14 2022

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

*Column 1:* Your codebtor

*Column 2:* The creditor to whom you owe the debt
Check all schedules that apply:

| | Column 1: Your codebtor | Column 2 |
|---|---|---|
| 3.1 | CAPITOL One Auto<br>Box 60511<br>City of INDUSTRY, CA 91716 | ☐ Schedule D, line _2.1_<br>☐ Schedule E/F, line ____<br>☐ Schedule G, line ____ |
| 3.2 | IPS ThiftLINE Service Ctr<br>c/o Broadridge Processing<br>Box 1600, Newark, NJ 07101-1600 | ☐ Schedule D, line _2.2_<br>☐ Schedule E/F, line ____<br>☐ Schedule G, line ____ |
| 3.3 | Cascade funding RM1 ALTERNATIVE Holding<br>14405 Walters Road<br>HousTON TX | ☐ Schedule D, line ____<br>☐ Schedule E/F, line _2.1_<br>☐ Schedule G, line ____ |

Official Form 106H            Schedule H: Your Codebtors            page 1 of



### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Drema O'Dell

      Debtor(s)

Case No: 22–12578–amc

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Notice of Hearing to Show Cause why this case should not be dismissed for failure to file the Schedule H Official Form 106 H. Dial Information: Dial: 877–873–8017; Access Code: 3027681#

      on: 11/30/22

      at: 12:30 PM

      in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/1/22

Timothy B. McGrath
Clerk of Court

29
Form 167

Drema O Dell
Box 205
Edgmont, PA 19028
267-418 5177

---

IN THE BANKRUPTCY COURT
of THE EASTERN DISTRICT of PENNSYLVANIA

DREMA ODell
        PLAINTIFF .                              CASE # 22 - 12578

VS

CASCADE Funding, etc /
        CIT BANK
        DEFENDANTS                                    NOV 14 2022
_____
            Certificate of Service.

    I ceritify that A copy of Schedule H.
Your Codebtors is being served upon Defendants
By first Class Postage Prepaid to Counsel of
Record AND Bankruptcy Court.

                        KML LAW Group P.C.
                        Suite 5000
                        701 MARKET Street
                        Phil, PA 19106
                        215 627-1322

                                    Respectfully
November 10, 2022
                                    Drema O'Dill
                                    DREMA ODell