*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Drema O'Dell
    Debtor(s)

Case No: 22−12578−amc

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*TELEPHONIC HEARING\*\*\*
Pro Se Letter/Motion to extend time to respond to or answer motion to lift stay Filed by Drema O'Dell Represented by Self(Counsel)

Parties are to
Dial: 877−873−8017
Access Code: 3027681#

on: 11/30/22

at: 12:30 PM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 11/16/22

Timothy B. McGrath
Clerk of Court

37 − 34
Form 167