# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Drema O'Dell a/k/a Floridarellc@gmail.com<br>　　　　　　Debtor(s) | CHAPTER 7 |
| CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS, LLC<br>　　　　　　Movant<br>　　　　vs.<br>Drema O'Dell a/k/a Floridarellc@gmail.com<br>　　　　　　Debtor(s) | NO. 22-12578 AMC |
| Gary F. Seitz Esq.<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this _____ day of _____, 2022 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, and for reasons stated in open Court, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS, LLC and its successor in title to proceed with the ejectment action regarding the premises 1801 Whispering Brooke Drive Newtown Square, PA 19073. Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent the Movant from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: December 1, 2022**

_____
United States Bankruptcy Judge.