*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Drema O'Dell
    Debtor(s)

Case No: 22–12578–amc

Chapter: 7

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*TELEPHONIC HEARING\*\*\*

STATUS HEARING re: Pro Se Motion to Convert Chapter 7 Case to Chapter 13 Case and Re–Implement the Stay on Out of Bankruptcy Collections (Doc. #43)

Parties are to
DIAL: 877–873–8017
ACCESS CODE: 3027681#

on: 1/4/23

at: 12:30 PM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date: 12/2/22

Timothy B. McGrath
Clerk of Court

46 – 43
Form 167