# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Drema O'Dell,<br>Debtor(s) | NO 22-12578 AMC |
| CASCADE FUNDING RM1 ALTERNATIVE HOLD INGS, LLC<br>Creditor<br>vs. | Chapter 7<br>11 U.S.C. § 362 |
| Drema O'Dell,<br>Debtor(s) | |
| Gary F. Seitz, Esq.,<br>Trustee | DEC 9 2022 |

Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): **8673**

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): **Drema O'Dell**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order lifting the automatic stay

2. State the date on which the judgment, order, or decree was entered: December 1, 2022

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Drema O'Dell          Attorney: N/A (Pro Se)

2. Party: Cascade Funding RM1 Alternative Holdings LLC          Attorney: Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322
Attorney for Creditor

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### Part 5: Sign below

_____ O'Dell_____          Date: 12-8-22
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Drema O'dell, Pro Se
P.O. Box 205
Edgmont, PA 19028
267-418-5177

CCs: Judge Ashely M. Chan; District Court; Gary J. Seitz, Ch. 7 Trustee; Denise Carlon, Esq. Counsel for Cascade Funding; Debtor D. O'Dell U.S. Trustee

Official Form 417A          Notice of Appeal and Statement of Election          page 2