United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Drema O'Dell  
Drema O'Dell  
    Debtors

Case No. 22-12578-amc  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 09, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Drema O'Dell, MAILING ADDRESS, PO Box 205, Edgmont, PA 19028-0205 |
| db | | Drema O'Dell, 1801 Whispering Brooke Dr., Newtown Sq., PA 19073 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS LLC bkgroup@kmllawgroup.com |
| GARY F. SEITZ | gseitz@gsbblaw.com gfs@trustesolutions.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Drema O'Dell,   
      Debtor(s)

NO 22-12578 AMC

CASCADE FUNDING RM1 ALTERNATIVE HOLD INGS, LLC   
      Creditor

vs.

Chapter 7

11 U.S.C. § 362

Drema O'Dell,   
      Debtor(s)

Gary F. Seitz, Esq.,   
      Trustee

DEC 9 2022

Last four digits of Social-Security or Individual Tax- Payer-Identification (ITIN) No(s)., (if any): __8673__

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): **Drema O'Dell**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ☐ Plaintiff
   - ☐ Defendant
   - ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☑ Debtor
   - ☐ Creditor
   - ☐ Trustee
   - ☐ Other (describe) _____

#50

Official Form 417A     Notice of Appeal and Statement of Election     page 1

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: <u>Order lifting the automatic stay</u>

2. State the date on which the judgment, order, or decree was entered: <u>December 1, 2022</u>

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: <u>Drema O'Dell</u>    Attorney: <u>N/A (*Pro Se*)</u>

2. Party: <u>Cascade Funding RM1 Alternative Holdings LLC</u>    Attorney: <u>Denise Carlon, Esquire</u>
<u>KML Law Group, P.C.</u>
<u>701 Market Street, Suite 5000</u>
<u>Philadelphia, PA 19106-1532</u>
<u>(215) 627-1322</u>
<u>Attorney for Creditor</u>

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### Part 5: Sign below

_____ O'Dell    Date: 12-8-22
Signature of attorney for appellant(s) (or appellant(s))
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

<u>Drema O'dell, *Pro Se*</u>    ccs: Judge Ashely M. Chan, District Court;
<u>P.O. Box 205</u>    Gary F. Seitz, ch. 7 Trustee; Denise Carlon, Esq.
<u>Edgmont, PA 19028</u>    Counsel for Cascade Funding; Debtor D. O'Dell
<u>267-418-5177</u>    U.S Trustee

Official Form 417A    Notice of Appeal and Statement of Election    page 2

*Virginia S. DeBussey*