UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                                   Telephone
Clerk                                                                                                                       (215) 408-2800

12/9/2022

Re:    Drema O'Dell aka Floridarellc@gmail.com
       Bankruptcy No.: 22-12578-amc
       Civil Action No.

Dear George Wylesol, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(X) Certificate of appeal from order entered December 1,2022 by the Honorable Ashely M. Chan.
    Notice of appeal filing fee (X)paid    ()not paid

() Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
    () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered  by the Honorable .
    () Objections filed .

() Report and recommendation entered  by the Honorable .

    () Objections filed

( Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By:___Virginia DeBuvitz_____
Deputy Clerk

---

Received Above material or record tile this ___9th___ day of ___December___, 20 _22_ .

Civil Action No. __22-cv-4915__          Signature: _/s/ Steve Tomas_

Miscellaneous No. _____      Date: __12/9/22__

Assigned to Judge __Paul Diamond__                                                        BFL5.frm(rev 11/8/17)