Certificate Number: 14912-PAE-DE-037047617

Bankruptcy Case Number: 22-12578



14912-PAE-DE-037047617

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 16, 2022, at 1:03 o'clock PM EST, Drema Odell completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 16, 2022            By:    /s/Jai Bhatt

                                     Name:  Jai Bhatt

                                     Title: Counselor

FILED
DEC 27 2022