*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Drema O'Dell
    Debtor(s)

Case No: 22–12578–amc
Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for failure to pay the third installment payment in the amount of $84.50 will be held before the Honorable Ashely M. Chan, United States Bankruptcy Court

on: 1/11/23

at: 12:30 PM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Timothy B. McGrath
Clerk of Court

Dated: December 30, 2022

57
Form 175