**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| DREMA O'DELL | : | |
| | : | BKY. NO. 22-12578-AMC |
| | : | |
| Debtor | : | |

**CERTIFICATE OF NO RESPONSE TO TRUSTEE'S**
**MOTION TO EXTEND DEADLINES**

On December 14, 2022, Gary F. Seitz, Chapter 7 Trustee, filed Trustee's Motion to Extend Deadlines. Responses to the Motion were due on or before December 29, 2022. This Court's docket reflects that no responses were filed. Additionally, no objections have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Motion be entered at the Court's earliest convenience.

GELLERT SCALI BUSENKELL & BROWN LLC

January 4, 2023        By:  /s/ Gary F. Seitz
                            Gary F. Seitz, Chapter 7 Trustee
                            8 Penn Center, Suite 1901
                            1628 JFK Blvd,
                            Email: gseitz@gsbblaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| DREMA O'DELL | : | |
| | : | BKY. NO. 22-12578-AMC |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

The undersigned certifies that if the Certificate of No Response was not served upon the persons set forth in the Clerk's List by electronic means pursuant to L.B.R.s 2002, 5005 and 9014, as amended, then I caused a copy of the Certificate to be served upon those parties listed in the Clerk's List via First Class United States Mail.

GELLERT SCALI BUSENKELL & BROWN LLC

January 4, 2023       By:  /s/ Gary F. Seitz
                           Gary F. Seitz, Chapter 7 Trustee
                           8 Penn Center, Suite 1901
                           1628 JFK Blvd,
                           Email: gseitz@gsbblaw.com