Corrected
Form 417A

elect District
Court

O'Dell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Drema O'Dell, | NO 22-12578 AMC |
| Debtor(s) | |
| CASCADE FUNDING RM1 ALTERNATIVE HOLD INGS, LLC | Chapter 7 |
| Creditor | 11 U.S.C. § 362 |
| vs. | |

~~Drema O'Dell,~~

Debtor(s)

Gary F. Seitz, Esq.,

Trustee

Last four digits of Social-Security or Individual
Tax- Payer-Identification (ITIN) No(s)., (if any): _____

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):  **Drema O'Dell**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
- ❏ Plaintiff
- ❏ Defendant
- ❏ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
- ☑ Debtor
- ❏ Creditor
- ❏ Trustee
- ❏ Other (describe) _____

JAN - 3 2023

## Part 2:  Identify the subject of this appeal

1.  Describe the judgment, order, or decree appealed from: <u>Order lifting the automatic stay</u>

2.  State the date on which the judgment, order, or decree was entered:  <u>December 1, 2022</u>

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses,   and telephone numbers of their attorneys (attach additional pages if necessary):

1.  Party:  <u>Drema O'Dell</u>  Attorney:  <u>N/A (*Pro Se*)</u>

2.  Party:  <u>Cascade Funding RM1</u>  Attorney:  <u>Denise Carlon, Esquire</u>
    <u>Alternative Holdings LLC</u>  <u>KML Law Group, P.C.</u>
    <u>701 Market Street, Suite 5000</u>
    <u>Philadelphia, PA 19106-1532</u>
    <u>(215) 627-1322</u>
    <u>Attorney for Creditor</u>

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒  Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____  Date: _____

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

<u>Drema O'dell, *Pro Se*</u>  CC: Judge Ashely M. Chan, District Court;
<u>P.O. Box 205</u>  Gary I. Sietz, ch 7 Trustee; Denise Carlon, Esq;
<u>Edgmont, PA 19028</u>  Counsel for Cascade Funding; Debtor Drema O'Dell
<u>267-418-5177</u>  U.S. Trustee

U.S. De Bruity  1/4/2023