IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| DREMA O'DELL, | : | |
| | : | Bankruptcy No.  22-12578-AMC |
| Debtor. | : | |

## ORDER

AND NOW upon consideration of the Chapter 7 Trustee's motion to extend all pertinent deadlines, it is hereby,

ORDERED, that the Motion is granted; and it is further,

ORDERED, that the time periods under Federal Rule of Bankruptcy Procedure Rule 4004 to object to discharge, Rule 4007 to determine dischargeability of a debt, and the time period under Bankruptcy Rule 1017 to move for dismissal (or conversion) is hereby extended for all parties in interest, including the United States Trustee, to 60 days after the date of completion of the 341(a) Meeting of Creditors.

**Date: January 4, 2023**

Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Dated: _____