UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

January 6, 2023

Re: Drema O'Dell aka Floridarellc@gmail.com
Bankruptcy No.: 22-12578
Civil Action No. 22-4915

Dear George Wylesol, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

() Certificate of appeal from order entered by the Honorable .
   Notice of appeal filing fee ()paid   ()not paid

() Designation of Record on Appeal Filed
(X) Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
   () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered by the Honorable .
   () Objections filed .

() Report and recommendation entered by the Honorable .

   () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: Virginia S. De Buvitz
Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20      .

Civil Action No. _____       Signature:_____

Miscellaneous No. _____      Date: _____

Assigned to Judge _____

BFL5.frm(rev 11/8/17)

EFCOA.ELC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re : | |
| : | Chapter 13 |
| Drema O'Dell : | |
| aka Floridarellc@gmail.com | |
| : | Bankruptcy No. 22-12578 |
| : | Adversary No. |
| : | Civil No. 22-4915 |

## CERTIFICATE OF APPEAL FROM ORDER OF
## THE BANKRUPTCY JUDGE DATED DECEMBER 1, 2022
## ENTERED ON THE DOCKET DECEMBER 1, 2022

I, Timothy B. McGrath, Clerk of the U.S. Bankruptcy Court, Eastern District of Pennsylvania, herewith electronically transmit the record on appeal filed December 9, 2022 and certify that the above proceeding was properly before the Honorable Ashely M. Chan , Bankruptcy Judge.

For the Court

Timothy B. McGrath
Clerk

By: <u>Virginia S. De Buvitz</u>
Deputy Clerk

**Counsel of Record**

Drema O'Dell
aka Floridarellc@gmail.com
1801 Whispering Brooke Dr.
Newtown Sq., PA 19073
Debtor/Appellant

Denise Elizabeth Carlon, Esq.
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
Counsel for Creditor

SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107