United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                           Case No. 22-12578-amc
Drema O'Dell                                                                                          Chapter 7
Drema O'Dell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: admin       Page 1 of 2
Date Rcvd: Jan 04, 2023       Form ID: pdf900       Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Drema O'Dell, MAILING ADDRESS, PO Box 205, Edgmont, PA 19028-0205 |
| db | | Drema O'Dell, 1801 Whispering Brooke Dr., Newtown Sq., PA 19073 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS  LLC bkgroup@kmllawgroup.com |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net |
| GARY F. SEITZ | gseitz@gsbblaw.com  gfs@trustesolutions.net |
| United States Trustee | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 04, 2023 | Form ID: pdf900 | Total Noticed: 2

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| DREMA O'DELL, | : | |
| | : | Bankruptcy No. 22-12578-AMC |
| Debtor. | : | |

### ORDER

AND NOW upon consideration of the Chapter 7 Trustee's motion to extend all pertinent deadlines, it is hereby,

ORDERED, that the Motion is granted; and it is further,

ORDERED, that the time periods under Federal Rule of Bankruptcy Procedure Rule 4004 to object to discharge, Rule 4007 to determine dischargeability of a debt, and the time period under Bankruptcy Rule 1017 to move for dismissal (or conversion) is hereby extended for all parties in interest, including the United States Trustee, to 60 days after the date of completion of the 341(a) Meeting of Creditors.

**Date: January 4, 2023**

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Dated: _____