United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-12578-amc |
|---|---|
| Drema O'Dell | Chapter 13 |
| Drema O'Dell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Drema O'Dell, MAILING ADDRESS, PO Box 205, Edgmont, PA 19028-0205 |
| db | | Drema O'Dell, 1801 Whispering Brooke Dr., Newtown Sq., PA 19073 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2023            Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS  LLC bkgroup@kmllawgroup.com |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net |
| GARY F. SEITZ | gseitz@gsbblaw.com  gfs@trustesolutions.net |
| SCOTT F. WATERMAN [Chapter 13] | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jan 05, 2023 | Form ID: pdf900 | Total Noticed: 2 |

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| DREMA O'DELL | : | |
| Debtor(s) | : | Bky. No. 22-12578-AMC |

**ORDER CONVERTING CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13**

**WHEREAS**, the Debtor has filed a *Motion to Convert Case from Chapter 7 to Chapter 13*, see 11 U.S.C. § 706(a), and there being no objection thereto, and the court having considered the record and finding that the case has not been converted previously under 11 U.S.C. §1112, §1208, or §1307,

It is hereby **ORDERED** that :

1. This chapter 7 case is converted to a case under chapter 13.

2. Within twenty-eight (28) days of the entry of this order, the Chapter 7 Trustee shall file:

   a. An account of all receipts and disbursements made in the chapter 7 case, and
   b. A report on the administration of the case pursuant to 11 U.S.C. § 704(9).

3. The trustee forthwith shall turn over to the Debtor all records and property of the estate remaining in the trustee's custody and control.

4. The trustee or any other party entitled to compensation may within twenty-eight (28) days of the date of this order file an application for compensation and reimbursement of expenses.

5. On or before fourteen (14) days from the entry of this order, the Debtor(s) shall file the statements and schedules required by Bankruptcy Rule 1007(b), if such have not already been filed.

6. On or before fourteen (14) days from the entry of this order, the Debtor(s) shall file a chapter 13 plan.

**Date:**
**Date: January 5, 2023**

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**