UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

January 6, 2023

Re: Drema O'Dell aka Floridarellc@gmail.com
Bankruptcy No.: 22-12578
Civil Action No. 22-4915

Dear George Wylesol, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

() Certificate of appeal from order entered by the Honorable .
    Notice of appeal filing fee ()paid   ()not paid

() Designation of Record on Appeal Filed
(X) Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
    () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered by the Honorable .
    () Objections filed .

() Report and recommendation entered by the Honorable .

    () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: Virginia S. De Buvitz
Deputy Clerk

---

Received Above material or record tile this __6th__ day of __January__, 20 __23__ .

Civil Action No. __22-cv-4915__    Signature: __/s/ Steve Tomas__

Miscellaneous No. _____    Date: __January 6th, 2023__

Assigned to Judge __Paul Diamond__

BFL5.frm(rev 11/8/17)