United States Bankruptcy Court
Eastern District of Pennsylvania

IN RE: DREMA ODELL
         DEBTOR

CASE 22-12578

Chapter 7

RESPONSE TO Rule to Show Cause

The Debtor, DREMA ODell, was ill on Dec 10, 2022 AND NEEDED MEDICAL attention on Dec. 17, 2022 AND December 30, 2022 AND THE WEATHER of 4° prevented the Debtor to timely forWARD THE PAYMENT IN Timely MAtter therefore request approval feom Court for lateness of PAYMENT.

_____ Odell
DREMA ODell
Debtor
1/06/23

CC: KML Law Group
    701 Market St #5000
    Phil. PA 19106

    GARY Seitz Esq Trustee
    8 Penn Center
    1628 John F Kennedy Blvd
    Suite 1901
    Phil PA 19103



JAN 11 2023