United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Drema  O'Dell

Case No.  22-12578-AMC

Chapter    13

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____01/16/2023_____

_____
Signature of Debtor

_____
Signature of Joint Debtor

Capital One Auto Finance
CB Disputes Team
PO Box 259407
Plano, TX 75025

Capital One Bank USA NA
4851 Cox Road
Glen Allen, VA 23060

Cascade Funding RM1 Alternative Holdings LLC
14405 Walters Road
Ste. 200
Houston, TX 77014

Cascade Funding RM1 Alternative Holdings LLC
c/o Denise Carlon, Esquire/KML Law Group
701 Market St. - Ste. 5000
Philadelphia, PA 19106

Chester County Tax Claim Bureau
313 West Market Street, Suite 3602
West Chester, PA 19380

CIT Bank,N.A. F/K/A Onewest Bank, NA
14405 Walters Road
Ste. 200
Houston, TX 77014

DELDOT/Delaware State Police
PO Box 1783
Baltimore, MD 21203

First Progress Cards
PO Box 9053
Johnson City, TN 37615

IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JPMCB Card Svcs.
PO Box 15369
Wilmington, DE 19850

Penna. Dept. of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541

Willistown Chase HOA
PO Box 60005
Newark, NJ 07101