UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

January 20, 2023

To: **John A. Gagliardi, Esq.**
**122 S. Church St.**
**West Chester PA   19382**

In re: Drema O'Dell
Bankruptcy No. 22-12578AMC
Adversary No.
Chapter 13

Re  Amended Schedules

The above document(s) were filed in this office on 1/19/2022. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

      ( )      Voluntary Petition
      ( )      Adversary Proceeding
      (X)     $32.00 Filing Fee for Amendments
      ( )      $26.00 Claims Transfer Fee
      ( )      Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

      Timothy B. McGrath
      Clerk


      By: Virginia S. De Buvitz
        Deputy Clerk

*Fee Notice*
*(12/23/20)*