## DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 12/31/22 |
|---|---|
| 2. Pay Date | 01/06/23 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| ODELL DREMA JOYCE | GS  06  07 | 25.29 | 37.94 | 41579.00   11206.00   52785.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-8673 | 26.95 | N | 01/02/04 | 240 | 12/31/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| CITADEL FED C U | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | | | 0 | 0 | | FERS:   2997.61 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 2023.20 | 2023.20 | TSP DATA | | 5% |
| TAXABLE WAGES | 1766.98 | 1766.98 | | | |
| NONTAXABLE WAGES | 155.06 | 155.06 | | | |
| TAX DEFERRED WAGES | 101.16 | 101.16 | | | |
| DEDUCTIONS | 768.84 | 768.84 | | | |
| AEIC | | | | | |
| NET PAY | 1254.36 | 1254.36 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2023.20 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 8.80 | 8.80 | FEHB | 104 | 127.47 | 127.47 |
| MEDICARE | | 27.09 | 27.09 | OASDI | | 115.82 | 115.82 |
| ORG/UNION | VEAX | 19.00 | 19.00 | RETIRE, FERS | K | 16.19 | 16.19 |
| TAX, FEDERAL | | 184.06 | 184.06 | TAX, STATE | PA | 57.35 | 57.35 |
| TSP LOANS | 908002R | 84.31 | 84.31 | TSP SAVINGS | | 101.16 | 101.16 |
| DENTAL | | 22.04 | 22.04 | VISION | | 5.55 | 5.55 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 26.59 | 8.00 | 208.00 | 9.00 | 127.75 | 0.25 | 107.09 | |
| SICK | 16.00 | 4.00 | 104.00 | 14.00 | 70.25 | | 49.75 | |
| TIME OFF AWD | | | 4.00 | | 4.00 | | | |
| HOLIDAY | | | | 8.00 | 80.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.40 | 4.40 | FEHB | 244.86 | 244.86 |
| MEDICARE | 27.09 | 27.09 | OASDI | 115.82 | 115.82 |
| RETIRE, FERS | 372.27 | 372.27 | TSP BASIC | 20.23 | 20.23 |
| TSP MATCHING | 80.93 | 80.93 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   127.47
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

| DEPARTMENT OF DEFENSE | 1. Pay Period End 12/17/22 |
|---|---|
| **CIVILIAN LEAVE AND EARNINGS STATEMENT LES** VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | 2. Pay Date 12/23/22 |

| 3. Name ODELL DREMA JOYCE | 4. Pay Plan/Grade/Step GS 06 07 | 5. Hourly/Daily Rate 25.29 | 6. Basic OT Rate 37.94 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 41579.00  11206.00  52785.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-8673 | 9. Locality % 26.95 | 10. FLSA Category N | 11. SCD Leave 01/02/04 | 12. Max Leave Carry Over 240 | 13. Leave Year End 12/31/22 |

| 14. Financial Institution - Net Pay CITADEL FED C U | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement FERS: 2981.42 | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | | | 0 | 0 | | | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. TSP DATA  5% |
|---|---|---|---|
| GROSS PAY | 2023.20 | 52697.36 | |
| TAXABLE WAGES | 1766.98 | 46041.75 | |
| NONTAXABLE WAGES | 155.06 | 4028.33 | |
| TAX DEFERRED WAGES | 101.16 | 2627.28 | |
| DEDUCTIONS | 768.84 | 20633.30 | |
| AEIC | | | |
| NET PAY | 1254.36 | 32064.06 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2023.20 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 8.80 | 228.64 | FEHB | 104 | 127.47 | 3310.20 |
| MEDICARE | | 27.09 | 705.70 | OASDI | | 115.82 | 3017.48 |
| ORG/UNION | VEAX | 19.00 | 494.00 | RETIRE, FERS | K | 16.19 | 420.47 |
| TAX LEVY CNT | | | 603.57 | TAX, FEDERAL | | 184.06 | 4821.67 |
| TAX, STATE | PA | 57.35 | 1494.10 | TSP LOANS | 908002R | 84.31 | 2192.06 |
| TSP SAVINGS | | 101.16 | 2627.28 | DENTAL | | 22.04 | 573.89 |
| VISION | | 5.55 | 144.24 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 26.59 | 8.00 | 200.00 | 8.00 | 118.75 | 0.25 | 108.09 | |
| SICK | 16.00 | 4.00 | 100.00 | 2.50 | 56.25 | | 59.75 | |
| TIME OFF AWD | | | 4.00 | | 4.00 | | | |
| HOLIDAY | | | | | 72.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.40 | 114.32 | FEHB | 244.86 | 6363.08 |
| MEDICARE | 27.09 | 705.70 | OASDI | 115.82 | 3017.48 |
| RETIRE, FERS | 372.27 | 9668.42 | TSP BASIC | 20.23 | 525.41 |
| TSP MATCHING | 80.93 | 2101.87 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
PRETAX FEHB EXCLUSION $   127.47
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| DEPARTMENT OF DEFENSE | | | | | | 1. Pay Period End 12/03/22 |
|---|---|---|---|---|---|---|
| CIVILIAN LEAVE AND EARNINGS STATEMENT LES | | | | | | 2. Pay Date 12/09/22 |
| VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | | | | | |

| 3. Name ODELL, DREMA JOYCE | 4. Pay Plan/Grade/Step GS 06 07 | 5. Hourly/Daily Rate 25.29 | 6. Basic OT Rate 37.94 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 41579.00    11206.00    52785.00 | |
|---|---|---|---|---|---|
| 8. Soc Sec No ***-**-8673 | 9. Locality % 26.95 | 10. FLSA Category N | 11. SCD Leave 01/02/04 | 12. Max Leave Carry Over 240 | 13. Leave Year End 12/31/22 |
| 14. Financial Institution - Net Pay CITADEL FED C U | | 15. Financial Institution - Allotment #1 | | 16. Financial Institution - Allotment #2 | |
| 17. Tax  Marital Status  Exemptions  Add'l FED    S    0    0 PA    S    0    0 | | 18. Tax  Marital Status  Exemptions  Add'l  Taxing Authority                         0              0 | | 19. Cumulative Retirement FERS:    2965.23 | 20. Military Deposit |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 2023.20 | 50674.16 | TSP DATA | | 5% |
| TAXABLE WAGES | 1766.98 | 44274.77 | | | |
| NONTAXABLE WAGES | 155.06 | 3873.27 | | | |
| TAX DEFERRED WAGES | 101.16 | 2526.12 | | | |
| DEDUCTIONS | 768.85 | 19864.46 | | | |
| AEIC | | | | | |
| NET PAY | 1254.35 | 30809.70 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2023.20 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | CO | 8.80 | 219.84 | FEHB | 104 | 127.47 | 3182.73 |
| MEDICARE | | 27.09 | 678.61 | OASDI | | 115.83 | 2901.66 |
| ORG/UNION | VEAX | 19.00 | 475.00 | RETIRE, FERS | K | 16.19 | 404.28 |
| TAX LEVY CNT | | | 603.57 | TAX, FEDERAL | | 184.06 | 4637.61 |
| TAX, STATE | PA | 57.35 | 1436.75 | TSP LOANS | 908002R | 84.31 | 2107.75 |
| TSP SAVINGS | | 101.16 | 2526.12 | DENTAL | | 22.04 | 551.85 |
| VISION | | 5.55 | 138.69 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 26.59 | 8.00 | 192.00 | 8.00 | 110.75 | 0.25 | 108.09 | |
| SICK | 16.00 | 4.00 | 96.00 | 8.00 | 53.75 | | 58.25 | |
| TIME OFF AWD | | | 4.00 | | 4.00 | | | |
| HOLIDAY | | | | 8.00 | 72.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.40 | 109.92 | FEHB | 244.86 | 6118.22 |
| MEDICARE | 27.09 | 678.61 | OASDI | 115.83 | 2901.66 |
| RETIRE, FERS | 372.27 | 9296.15 | TSP BASIC | 20.23 | 505.18 |
| TSP MATCHING | 80.93 | 2020.94 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
PRETAX FEHB EXCLUSION $   127.47
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| DEPARTMENT OF DEFENSE | 1. Pay Period End 11/19/22 |
|---|---|
| ## CIVILIAN LEAVE AND EARNINGS STATEMENT LES<br>VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | 2. Pay Date 11/25/22 |

| 3. Name<br>ODELL DREMA JOYCE | 4. Pay Plan/Grade/Step<br>GS   06   07 | 5. Hourly/Daily Rate<br>25.29 | 6. Basic OT Rate<br>37.94 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay<br>41579.00     11206.00     52785.00 |
|---|---|---|---|---|
| 8. Soc Sec No<br>***-**-8673 | 9. Locality %<br>26.95 | 10. FLSA Category<br>N | 11. SCD Leave<br>01/02/04 | 12. Max Leave Carry Over        13. Leave Year End<br>240                              12/31/22 |
| 14. Financial Institution - Net Pay<br>CITADEL FED C U |  | 15. Financial Institution - Allotment #1 |  | 16. Financial Institution - Allotment #2 |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | | | 0 | 0 | | FERS:   2949.04 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2023.20 | 48650.96 | TSP DATA | 5% |
| TAXABLE WAGES | 1766.98 | 42507.79 | | |
| NONTAXABLE WAGES | 155.06 | 3718.21 | | |
| TAX DEFERRED WAGES | 101.16 | 2424.96 | | |
| DEDUCTIONS | 768.83 | 19095.61 | | |
| AEIC | | | | |
| NET PAY | 1254.37 | 29555.35 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2023.20 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | CO | 8.80 | 211.04 | FEHB | 104 | 127.47 | 3055.26 |
| MEDICARE | | 27.08 | 651.52 | OASDI | | 115.82 | 2785.83 |
| ORG/UNION | VEAX | 19.00 | 456.00 | RETIRE, FERS | K | 16.19 | 388.09 |
| TAX LEVY CNT | | 603.57 | | TAX, FEDERAL | | 184.06 | 4453.55 |
| TAX, STATE | PA | 57.35 | 1379.40 | TSP LOANS | 908002R | 84.31 | 2023.44 |
| TSP SAVINGS | | 101.16 | 2424.96 | DENTAL | | 22.04 | 529.81 |
| VISION | | 5.55 | 133.14 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 26.59 | 8.00 | 184.00 | 9.25 | 102.75 | 0.25 | 108.09 | |
| SICK | 16.00 | 4.00 | 92.00 | | 45.75 | | 62.25 | |
| TIME OFF AWD | | | 4.00 | | 4.00 | | | |
| HOLIDAY | | | | 8.00 | 64.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.40 | 105.52 | FEHB | 244.86 | 5873.36 |
| MEDICARE | 27.08 | 651.52 | OASDI | 115.82 | 2785.83 |
| RETIRE, FERS | 372.27 | 8923.88 | TSP BASIC | 20.23 | 484.95 |
| TSP MATCHING | 80.93 | 1940.01 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
PRETAX FEHB EXCLUSION $   127.47
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

| DEPARTMENT OF DEFENSE | | 1. Pay Period End 11/05/22 |
|---|---|---|
| **CIVILIAN LEAVE AND EARNINGS STATEMENT LES** VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | 2. Pay Date 11/10/22 |

| 3. Name ODELL DREMA JOYCE | 4. Pay Plan/Grade/Step GS 06 07 | 5. Hourly/Daily Rate 25.29 | 6. Basic OT Rate 37.94 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 41579.00  11206.00  52785.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-8673 | 9. Locality % 26.95 | 10. FLSA Category N | 11. SCD Leave 01/02/04 | 12. Max Leave Carry Over 240 |  13. Leave Year End 12/31/22 |

| 14. Financial Institution - Net Pay CITADEL FED C U | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | | | 0 | 0 | | FERS: 2932.85 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. TSP DATA | 5% |
|---|---|---|---|---|
| GROSS PAY | 2023.20 | 46627.76 | | |
| TAXABLE WAGES | 1766.98 | 40740.81 | | |
| NONTAXABLE WAGES | 155.06 | 3563.15 | | |
| TAX DEFERRED WAGES | 101.16 | 2323.80 | | |
| DEDUCTIONS | 768.85 | 18326.78 | | |
| AEIC | | | | |
| NET PAY | 1254.35 | 28300.98 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2023.20 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 8.80 | 202.24 | FEHB | 104 | 127.47 | 2927.79 |
| MEDICARE | | 27.09 | 624.44 | OASDI | | 115.83 | 2670.01 |
| ORG/UNION | VEAX | 19.00 | 437.00 | RETIRE, FERS | K | 16.19 | 371.90 |
| TAX LEVY CNT | | | 603.57 | TAX, FEDERAL | | 184.06 | 4269.49 |
| TAX, STATE | PA | 57.35 | 1322.05 | TSP LOANS | 908002R | 84.31 | 1939.13 |
| TSP SAVINGS | | 101.16 | 2323.80 | DENTAL | | 22.04 | 507.77 |
| VISION | | 5.55 | 127.59 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 26.59 | 8.00 | 176.00 | 4.00 | 93.50 | 0.25 | 109.34 | |
| SICK | 16.00 | 4.00 | 88.00 | | 45.75 | | 58.25 | |
| TIME OFF AWD | | | 4.00 | | 4.00 | | | |
| HOLIDAY | | | | | 56.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.40 | 101.12 | FEHB | 244.86 | 5628.50 |
| MEDICARE | 27.09 | 624.44 | OASDI | 115.83 | 2670.01 |
| RETIRE, FERS | 372.27 | 8551.61 | TSP BASIC | 20.23 | 464.72 |
| TSP MATCHING | 80.93 | 1859.08 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
PRETAX FEHB EXCLUSION $   127.47
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**