**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **DREMA O'DELL** | : | |
| aka Floridarellc@gmail.com | : | **BANKRUPTCY NO. 22-12578-AMC** |
| **Debtor.** | : | |

## ORDER

AND NOW, upon consideration of Debtor's *Motion for Confirmation of Status of The*

*Automatic Stay and, If Applicable, to Reimpose Stay* ("the Motion")*,* and the request for an

expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **Granted.**
     **TELEPHONIC**
2. A hearing to consider the Motion shall be held on ___February 15___, 20<u>23</u>, at ___11:00 a.m.___, in the Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.  **Parties are to Dial: 877-873-8017 Access Code: 3027681#**

3. Written objections or other responses to the Motion (while not required) may be filed up to the time of the hearing and all will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or electronic transmission no later than 3:00 p.m. on _February 13, 2023_   If the hearing is scheduled less than 48 hours after the Movant receives this Order, **Movant shall give immediate telephonic AND e-mail notice of the hearing to creditor before 3:00 p.m. on February 13, 2023.**

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 3:00 p.m. on February 13, 2023

6. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraphs 4 and 5 above as applicable.

7. Appearances at the hearing will be  made by telephone .

Dated: ___February 13, 2023___        _____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE