### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DREMA O'DELL | : | |
| | : | BANKRUPTCY NO. 22-12578-AMC |
| Debtor. | : | |

### ORDER

AND NOW, upon consideration of Debtor's Motion for Confirmation of Status of The Automatic Stay and, If Applicable, to Reimpose Stay ("the Motion"), it is hereby **ORDERED** that:

1. The automatic stay pursuant to 11 U.S.C. Sect. 362 is hereby reimposed as to Cascade Funding RM1 Alternative Holdings LLC ("Cascade") through March 22, 2023;

2. The Ejectment action pending at Chester County Pennsylvania Court of Common Pleas, 2018-08540-RC ("Ejectment Action") is stayed in accordance with the remaining terms of this Order and an Eviction of the Debtor including the Eviction scheduled for February 28, 2023 shall not occur during this period;

3. In the event that the Debtor files a pleading in the Ejectment Action requiring a response, any party in interest shall not be in violation of the automatic stay pursuant to 11 U.S.C. Section 362 if it chooses to file a responsive pleading(s);

4. Cascade may proceed with challenging the October 18, 2022 Order entered at Chester County Pennsylvania Court of Common Pleas, 2022-02241-CT, including but not limited to any applicable Petition or Motion to open the judgment entered therein.

5. A further hearing on the Motion is scheduled to be held on March 22, 2023 at 11:00 A.M. in Courtroom #4, at United States Bankruptcy Court, Nix Federal Courthouse, 900 Market Street, Courtroom #4, Philadelphia, PA 19107.

**Date: February 21, 2023**

Dated:  _____            _____
                                                                                         ASHELY M. CHAN
                                                                                         U.S. BANKRUPTCY JUDGE