United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-12578-amc
Drema O'Dell  Chapter 13
Drema O'Dell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Feb 21, 2023     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Drema O'Dell, MAILING ADDRESS, PO Box 205, Edgmont, PA 19028-0205 |
| db | | Drema O'Dell, 1801 Whispering Brooke Dr., Newtown Sq., PA 19073 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:

**Name**     **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS  LLC bkgroup@kmllawgroup.com

GARY F. SEITZ
    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net

JOHN A. GAGLIARDI
    on behalf of Debtor Drema O'Dell jgagliardi@wgflaw.com

SCOTT F. WATERMAN [Chapter 13]

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 21, 2023 | Form ID: pdf900 | Total Noticed: 2

on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| DREMA O'DELL | : : : | BANKRUPTCY NO. 22-12578-AMC |
| Debtor. | : | |

**ORDER**

AND NOW, upon consideration of Debtor's Motion for Confirmation of Status of The Automatic Stay and, If Applicable, to Reimpose Stay ("the Motion"), it is hereby **ORDERED** that:

1. The automatic stay pursuant to 11 U.S.C. Sect. 362 is hereby reimposed as to Cascade Funding RM1 Alternative Holdings LLC ("Cascade") through March 22, 2023;

2. The Ejectment action pending at Chester County Pennsylvania Court of Common Pleas, 2018-08540-RC ("Ejectment Action") is stayed in accordance with the remaining terms of this Order and an Eviction of the Debtor including the Eviction scheduled for February 28, 2023 shall not occur during this period;

3. In the event that the Debtor files a pleading in the Ejectment Action requiring a response, any party in interest shall not be in violation of the automatic stay pursuant to 11 U.S.C. Section 362 if it chooses to file a responsive pleading(s);

4. Cascade may proceed with challenging the October 18, 2022 Order entered at Chester County Pennsylvania Court of Common Pleas, 2022-02241-CT, including but not limited to any applicable Petition or Motion to open the judgment entered therein.

5. A further hearing on the Motion is scheduled to be held on March 22, 2023 at 11:00 A.M. in Courtroom #4, at United States Bankruptcy Court, Nix Federal Courthouse, 900 Market Street, Courtroom #4, Philadelphia, PA 19107.

**Date: February 21, 2023**

Dated: _____   _____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

2