**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DREMA O'DELL | : | |
| | : | BANKRUPTCY NO. 22-12578-AMC |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

     I hereby certify that true and correct copies of the March 9, 2023 Memorandum of Scott F. Waterman, Trustee, rescheduling the 341(a) Meeting of Creditors to April 21, 2023 at 10:00 a.m., were served on all parties on the attached service list by electronic notice or by first class US mail, postage prepaid on March 9, 2023.

                                     WETZEL GAGLIARDI FETTER LAVIN LLC

                                     /s/John A. Gagliardi
Date: March 10, 2023            John A. Gagliardi, Esquire
                                     Attorney for Debtor

**SCOTT F. WATERMAN**
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, Pennsylvania 19606

———

Scott F. Waterman, Esq.
Rolando Ramos, Esq.
Ann E. Swartz, Esq.

(610) 779-1313
Fax (610) 779-3637

Mail all Payments to
P.O. Box 680
Memphis, TN 38101-0680

Date:   03/09/2023

Memo To:   Drema O'Dell
           Drema O'Dell

From:   Scott F. Waterman, Trustee

RE:   Drema O'Dell
      Drema O'Dell
      Bankruptcy No.   22-12578-AMC

Dear Sir or Madam:

The Section 341(a) Meeting of Creditors on the above-captioned bankruptcy has been rescheduled as follows:

Date:   04/21/2023

Time:   10:00 am

Location:   The Meeting of Creditors will be conducted via videoconference. All interested parties shall contact the Chapter 13 Trustee for connection details.

SFW/eg

cc via email only: JOHN A GAGLIARDI ESQ

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-2<br>Case 22-12578-amc<br>Eastern District of Pennsylvania<br>Philadelphia<br>Mon Feb 13 12:09:26 EST 2023 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Philadelphia<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107-4233 |
| CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS, LL<br>C/O Brian C. Nicholas, Esq.<br>KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106-1541 | CIT Bank,N.A. F/K/A Onewest Bank, NA<br>14405 Walters Road<br>Ste. 200<br>Houston, TX 77014-1345 | Capital One Auto<br>PO Box 60511<br>City of Industry CA 91716-0511 |
| Capital One Auto Finance<br>CB Disputes Team<br>PO Box 259407<br>Plano, TX 75025-9407 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Bank USA NA<br>4851 Cox Road<br>Glen Allen, VA 23060-6293 |
| Cascade Funding RM1<br>Alternative Holdings LLC<br>14405 Waters Road<br>Houston TX 77014-1337 | Cascade Funding RM1 Alternative Holdings LLC<br>14405 Walters Road<br>Ste. 200<br>Houston, TX 77014-1345 | Cascade Funding RM1 Alternative Holdings LLC<br>c/o Denise Carlon, Esquire/KML Law Group<br>701 Market St. - Ste. 5000<br>Philadelphia, PA 19106-1541 |
| Chester County Tax Claim Bureau<br>313 West Market Street, Suite 3602<br>West Chester, PA 19382-2804 | DELDOT/Delaware State Police<br>PO Box 1783<br>Baltimore, MD 21203-1783 | DFAS<br>8899 E 56th Street<br>Indianapolis IN 46249-1001 |
| First Progress Cards<br>PO Box 9053<br>Johnson City, TN 37615-9053 | IRS<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Penna. Dept. of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107-4202 |
| Willistown Chase HOA<br>PO Box 60005<br>Newark, NJ 07101-8052 | Drema O'Dell<br>1801 Whispering Brooke Dr.<br>Newtown Sq., PA 19073 | JOHN A. GAGLIARDI<br>Wetzel Gagliardi Fetter & Lavin LLC<br>122 S. Church St.<br>West Chester, PA 19382-3223 |
| SCOTT F. WATERMAN Chapter 13<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JPMCB Card Svcs.                        Portfolio Recovery Associates
PO Box 15369                            PO Box 12914
Wilmington, DE 19850                    Norfolk, VA 23541



          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS,    (d)Capital One Auto Finance, a division of Ca    End of Label Matrix
                                                4515 N. Santa Fe Ave. Dept. APS                 Mailable recipients   24
                                                Oklahoma City, OK 73118-7901                    Bypassed recipients    2
                                                                                                Total                 26
```