# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| | : | |
| DREMA O'DELL | : | |
| | : | BANKRUPTCY NO. 22-12578-AMC |
| Debtor. | : | |

## ORDER

AND NOW, upon consideration of Counsel's request for an expedited hearing on his Motion for Leave to Withdraw as Counsel ("the Motion"), and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **Granted.**

2. A TELEPHONIC hearing to consider the Motion shall be held on **May 3**, 20**23**, at **11:00 a.m.**, in the Courtroom xxxxx, located at 900 Market Street, Philadelphia, PA 19107. Parties are to Dial: 877-873-8017 Access Code: 3027681.

3. Written objections or other responses to the Motion (while not required) may be filed up to the time of the hearing and all will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or electronic transmission no later than 5:00 p.m. on **April 20, 2023**. If the hearing is scheduled less than 48 hours after the Movant receives this Order, Movant shall give immediate telephonic notice of the hearing to the above as well.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on **April 20, 2023**.

6. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraphs 4 and 5 above as applicable.

7. Appearances at the hearing may be made by telephone upon coordination with the Court.

Dated: **April 20, 2023**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE