**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DREMA O'DELL | : | |
| | : | BANKRUPTCY NO. 22-12578-AMC |
| Debtor. | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Counsel for the Debtor, John A. Gagliardi, Esquire, has filed a Motion to Withdraw as Counsel for Debtor to be heard on an Expedited Basis.

1. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before or at **the hearing on the motion** you or your attorney must file a response to the Motion. (*see Instructions below*).

3. **A hearing on the Motion** is scheduled to be held on **May 3, 2023 at 11:00 a.m. at United States Bankruptcy Court**, Nix Federal Courthouse, Courtroom Number 4, 900 Market Street, Philadelphia, PA 19107.  Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing and will be conducted telephonically.  Parties are to dial: 877-873-8017, Access Code 3027681#.**

4. **If you do not respond to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy will be provided to you if you request a copy from the attorney whose name and address is listed below.

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at

United States Bankruptcy Court Clerk
Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

9.  **If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 above.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

John A. Gagliardi, Esquire
122 S. Church St.
West Chester, PA 19382
(484) 887-0779
(484) 887-8763 – Facsimile
jgagliardi@wgflaw.com

WETZEL GAGLIARDI FETTER & LAVIN LLC

Date:   April 20, 2023        By:   /s//John A. Gagliardi
                                    John A. Gagliardi, Esquire
                                    122 S. Church St.
                                    West Chester, PA 19382
                                    (484) 887-0779
                                    (484) 887-8763 – Facsimile
                                    jgagliardi@wgflaw.com