UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Drema O'Dell | Bankruptcy No.22-12578-AMC |
| Drema O'Dell | |
| Debtors | |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 1st day of May, 2023, by first class mail upon those listed below:

Drema O'Dell
PO Box 205
Edgmont, PA  19028

Drema O'Dell
MAILING ADDRESS
PO Box 205
Edgmont, PA  19028

**Electronically via CM/ECF System Only:**

JOHN A GAGLIARDI ESQ
122 South Church Street
WEST CHESTER, PA  19382

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee