**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| **DREMA O'DELL** | : : : | **BANKRUPTCY NO. 22-12578-AMC** |
| Debtor. | : | |

## ORDER

AND NOW, upon consideration of John A. Gagliardi, Esquire's Motion to Withdraw as Counsel for Debtor, it is hereby **ORDERED** that the Motion is **GRANTED**. Counsel's representation of Debtor is hereby terminated.

BY THE COURT:

Dated: __May 3, 2023_____

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE