IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Chapter 13 |
|---|---|---|
|  | : |  |
| DREMA O'DELL | : | Case No. 22-12578-amc |
|  | : |  |
| Debtor | : |  |

**CERTIFICATE OF SERVICE OF DEBTOR'S APPLICATION TO EMPLOY
MARGARET A. JOY AS SPECIAL COUNSEL**

I, KRISTEN WETZEL LADD, ESQUIRE, counsel to the Debtor in the above-captioned matter do hereby certify that on the date set forth below I caused a copy of the foregoing Notice of the Application To Employ Special Counsel to be served on the parties on the attached service list:

UNRUH TURNER BURKE & FREES, P.C.

BY: _____
Kristen Wetzel Ladd, Esquire
17 W. Gay Street
West Chester, PA  19380
610-692-1371
kladd@utbf.com

Dated: 5/19/2023

# SERVICE LIST

**Drema O'Dell**
1801 Whispering Brooke Dr.
Newtown Sq., PA 19073
*Debtor*

**Drema O'Dell**
PO Box 205
Edgmont, PA 19028
*Debtor*

**SCOTT F. WATERMAN**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
*Trustee*

*U.S. Trustee*
**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107