IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Chapter 13 |
|---|---|---|
| DREMA O'DELL | : | Case No. 22-12578-amc |
| Debtor | : | |

**NOTICE OF APPLICATION TO EMPLOY
MARGARET A. JOY AS SPECIAL COUNSEL**

**TO ALL CREDITORS AND ALL PARTIES IN INTEREST;**

**PLEASE TAKE NOTICE:**

1. That an Application has been filed to Employ Margaret A. Joy as Special Counsel to the perform the Legal Services (as defined in the Application).

2. A copy of the Application is on file with the Clerk's office at the address set forth below and may be inspected there during normal business hours.

3. Margaret A. Joy represents no interest adverse to the Debtor and/or the Estate, and her employment is necessary and would be in the best interest of the Estate.

4. Objections, answers or other pleadings if any, to the Application should be in writing and filed with the Clerk of the United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia Pennsylvania 19107, with copies served upon counsel for the Debtor at the address set forth below within eight (8) days of the date of this Notice.

5. Any objections, answers or other pleadings not timely filed and served may be deemed waived. The Court, without further notice to creditors, may enter the Order for the Relief sought.

UNRUH TURNER BURKE & FREES, P.C.

BY:

*Kristen Wetzel Ladd*
Kristen Wetzel Ladd, Esquire
17 W. Gay Street
West Chester, PA  19380
610-692-1371
kladd@utbf.com

Dated: 5/19/2023