IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INRE;                                              CHAPTER 13

DREMA ODELL                             BANKRUPTCY NO 22-12578-AMC

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Amended Schedule J has been served on all parties by US Mail postage prepaid on ___6/4/23___

___6/4/23___                                    Drema Odell (temporarily in pro se)

Trustee Scott Waterman                          KML Law Group

Box 680. Memphis, TN38101

                                                Denise Conlon

✓ US Bankruptcy Court                           701 Market Street Suite 5000

900 Market St                                   Phil., PA 19106
Room 400
Phil., PA 19107


JUN - 7 2023
TIMOTHY McGRATH, CLERK