UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| DREMA O'DELL | : Case No. 22-12578-amc |
| Debtor | : |

**CERTIFICATE OF NO ANSWER, OBJECTION OR OTHER RESPONSIVE PLEADING TO APPLICATION TO EMPLOY MARGARET A. JOY AS SPECIAL COUNSEL**

**TO:    THE HONORABLE ASHELY M. CHAN,**
**United States Bankruptcy Judge**

I, Drema O'Dell hereby certify that on May 19, 2023 the Application to Employ Margaret A. Joy as Special Counsel (the "Application") was filed and notice given to the Chapter 13 Trustee, the Office of the U.S. Trustee, and all parties registered to receive electric filings from this case. No creditor or party in interest has served or filed any answer, objection or other responsive pleading to the motion and the time for serving and filing any such answer, objection or other responsive pleading has expired.

**WHEREFORE,** I respectfully request that the Application be approved.

**Respectfully submitted**:

Dated: June 26, 2023

_____
Debtor, *pro se*

*in pro se*

FILED
JUL - 5 2023
TIMOTHY McGRATH, CLERK
DEP. CLERK