UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                                          Chapter 13

~~DREMA OFELL,~~                                                              ~~Case No. 22-12578 AMC~~

Certificate of Service

I hereby certify that the following _Certificate of No Answer_ has been mailed via First Class Mail to:

Eastern Division Bankruptcy Court

900 Market Street Suite 400

Philadelphia, PA 19107


KML Law Group

701 Market Street Suite 5000

Phil., PA 19106

_a. Odell_

Drema Odell, temporarily in ProSe