IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| DREMA O'DELL | : | Case No. 22-12578-amc |
| | : | |
| Debtor | : | |

### ORDER AUTHORIZING THE APPOINTMENT OF
### MARGARET A. JOY AS SPECIAL COUNSEL

**AND NOW** to wit, this ___7th___ day of ___July___, 2023, upon consideration of the Application to Employ Margaret A. Joy to perform the Legal Services (as defined in the Application) for the benefit of the Estate, and it appearing that Margaret A. Joy is qualified to perform the Legal Services and the Court being satisfied that the Ms. Joy represents no interest adverse to the Debtor herein, or the Estate in the matters upon which she is to be engaged and that her employment would be in the best interest of the Estate, it is

**ORDERED**, that the Debtor be, and hereby is, authorized to employ Margaret A. Joy as Special Counsel perform the Legal Services (as defined in the Application) with compensation to be paid immediately as set forth in the Application.

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge