United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12578-amc |
| Drema O'Dell | Chapter 13 |
| Drema O'Dell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Drema O'Dell, MAILING ADDRESS, PO Box 205, Edgmont, PA 19028-0205 |
| db | +++ | Drema O'Dell, 1801 Whispering Brooke Dr., Newtown Sq., PA 19073 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS LLC bkgroup@kmllawgroup.com |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |
| KRISTEN WETZEL LADD | on behalf of Spec. Counsel Margaret A. Joy kladd@utbf.com ogomez@utbf.com |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |

District/off: 0313-2      User: admin      Page 2 of 2

Date Rcvd: Jul 07, 2023      Form ID: pdf900      Total Noticed: 2

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Chapter 13 |
| --- | --- | --- |
| DREMA O'DELL | : | Case No. 22-12578-amc |
| Debtor | : | |

### ORDER AUTHORIZING THE APPOINTMENT OF MARGARET A. JOY AS SPECIAL COUNSEL

**AND NOW** to wit, this 7th day of July, 2023, upon consideration of the Application to Employ Margaret A. Joy to perform the Legal Services (as defined in the Application) for the benefit of the Estate, and it appearing that Margaret A. Joy is qualified to perform the Legal Services and the Court being satisfied that the Ms. Joy represents no interest adverse to the Debtor herein, or the Estate in the matters upon which she is to be engaged and that her employment would be in the best interest of the Estate, it is

**ORDERED**, that the Debtor be, and hereby is, authorized to employ Margaret A. Joy as Special Counsel perform the Legal Services (as defined in the Application) with compensation to be paid immediately as set forth in the Application.

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge