UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE:  Drema O'Dell | : | Chapter 13 | |
| | : | | |
| | : | | |
| Debtor | : | No.: | 22-12578-amc |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Bankruptcy

Procedure, William D. Schroeder, Jr., appears in the captioned Chapter 13 case as

counsel for debtor, **Drema O'Dell**.  Please send all notices issued in this case to the

undersigned at the address below.

**PLEASE TAKE NOTICE** that the undersigned appears for **DREMA O'DELL**

("the Debtor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and

§1109(b) of the Bankruptcy Code.  William D. Schroeder, Jr. demands that all notices

that are required to be given in this case and all papers that are required to be served in

this case, be given to and served upon the undersigned at the office, post office address

and telephone number and email set forth below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not

only the notices and papers referred to in the Rules specified above, but also includes,

without limitation, orders and notices of any application, motion, petition, pleading,

request, complaint or demand, whether formal or informal, whether written or oral

whether transmitted or conveyed by mail, delivered, telephone, email, telex or otherwise

which affect or seek to affect in any way the debtor's rights or interest, with respect to

Debtor or the property of the estate.

Dated:    7/20/23                    Signed: /s/William D. Schroeder, Jr.

Attorney for Debtor
William D. Schroeder, Jr.
920 Lenmar Drive
Blue Bell, PA 19422
(215) 822-2728
schroeder@jrlaw.org