| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-12578-AMC

| | |
|---|---|
| Drema O'Dell | Petition Filed Date: 09/25/2022 |
| Drema O'Dell | 341 Hearing Date: 02/24/2023 |
| 1801 WHISPERING BROOKE DR | Confirmation Date: |
| NEWTOWN SQUARE  PA    19073 | |

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/07/2023 | $314.20 | 28241246092 | 03/06/2023 | $316.96 | 1931893763 | 04/07/2023 | $316.96 | 19318993917 |
| 05/09/2023 | $316.79 | 19318993248 | 06/13/2023 | $316.79 | 28241248004 | | | |

**Total Receipts for the Period: $1,581.70   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,900.49**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CAPITAL ONE AUTO FINANCE »» 001 | Secured Creditors | $6,587.80 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS) »» 02P | Priority Crediors | $13,458.66 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS) »» 02U | Unsecured Creditors | $1,379.12 | $0.00 | $0.00 |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | KRISTEN WETZEL LADD ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-12578-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,900.49 | Current Monthly Payment: | $314.20 |
| Paid to Claims: | $0.00 | Arrearages: | $298.91 |
| Paid to Trustee: | $164.74 | Total Plan Base: | $18,852.00 |
| Funds on Hand: | $1,735.75 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.