United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12578-amc |
| Drema O'Dell | Chapter 13 |
| Drema O'Dell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 05, 2023 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Drema O'Dell, MAILING ADDRESS, PO Box 205, Edgmont, PA 19028-0205 |
| db | +++ | Drema O'Dell, 1801 Whispering Brooke Dr., Newtown Sq., PA 19073 |
| aty | + | Wetzel Gagliardi Fetter & Lavin LLC, 122 S. Church St., West Chester, PA 19382-3223 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS  LLC bkgroup@kmllawgroup.com |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net |
| KRISTEN WETZEL LADD | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 05, 2023 | Form ID: pdf900 | Total Noticed: 3 |

on behalf of Spec. Counsel Margaret A. Joy kladd@utbf.com  ogomez@utbf.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR
on behalf of Debtor Drema O'Dell schroeder@jrlaw.org  Healey@jrlaw.org

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Drema O'Dell a/k/a Floridarellc@gmail.com<br>                                   Debtor(s) | CHAPTER 7 |
| CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS, LLC<br>                                   Movant<br>                    vs. | NO. 22-12578 AMC |
| Drema O'Dell a/k/a Floridarellc@gmail.com<br>                                   Debtor(s) | |
| Gary F. Seitz Esq.<br>                                   Trustee | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, upon consideration of Debtor's Motion for Confirmation of Status of the Automatic Stay and, if applicable, to Reimpose Stay and upon consideration of the representation of the parties at the August 23, 2023 status conference, it is hereby ordered as follows:

1. The Debtor's Motion for Confirmation of Status of the Automatic Stay and, if applicable, to Reimpose Stay is hereby continued indefinitely;

2. The automatic stay as to Cascade Funding RM 1 Alternative Holdings, LLC shall remain in place until further order of this Court;

3. The ejectment action pending in Chester County is stayed in accordance with the remaining terms of this Order and an Eviction of the Debtor shall not occur until the stay is vacated by further order of this Court or by operation of law;

4. In the event the Debtor files a pleading in the ejectment action, any party in interest shall not be in violation of the automatic stay if it chooses to file responsive pleadings;

5. The parties may proceed with litigation in the underlying state court action in the Chester Court of Common Pleas bearing Docket # 2022-02241-CT;

6. The Debtor's Motion for Confirmation of Status of the Automatic Stay and, if applicable, to Reimpose Stay and stay may be relisted by either party filing a praecipe to relist detailing the progress in the state court matter or detailing other cause for relisting that may arise.

Dated:  September 5, 2023

_____
United States Bankruptcy Judge