UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Drema O'Dell | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | No.:   22-12578-amc |

## CERTIFICATE OF SERVICE

    I, William D. Schroeder, Jr., attorney for debtor, hereby certify that on November 7, 2023, I sent Debtor's Second Amended Chapter 13 Plan by first class mail or by electronic means to the following parties. Parties served by the court via ECF electronic notification are not also being served by regular mail:

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Micelle Allen, Bankruptcy Specialist
Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1611

Bharat Gurkha, Claims Processor
Capital One Auto Finance
a division of Capital One, N.A.
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Drema O'Dell
1801 Whispering Brooke Dr.
Newtown Sq., PA 19073

Trustee Scott F. Waterman
Chapter 13 Standing Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion3.PH.ECF@usdoj.gov

All creditors on Matrix

    /s/ William D. Schroeder, Jr.
    William D. Schroeder, Jr.
    Attorney for Debtors
    920 Lenmar Drive
    Blue Bell, PA 19422
    (215) 822-2728
    schroeder@jrlaw.org