United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12578-amc |
| Drema O'Dell | Chapter 13 |
| Drema O'Dell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 11, 2024 | Form ID: 155 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Drema O'Dell, MAILING ADDRESS, PO Box 205, Edgmont, PA 19028-0205 |
| db | +++ | Drema O'Dell, 1801 Whispering Brooke Dr., Newtown Sq., PA 19073 |
| 14728140 | + | CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS, LLC, C/O Brian C. Nicholas, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14750227 | + | CIT Bank,N.A. F/K/A Onewest Bank, NA, 14405 Walters Road, Ste. 200, Houston, TX 77014-1345 |
| 14726596 | + | Cascade Funding RM1, Alternative Holdings LLC, 14405 Waters Road, Houston TX 77014-1337 |
| 14750224 | + | Cascade Funding RM1 Alternative Holdings LLC, 14405 Walters Road, Ste. 200, Houston, TX 77014-1345 |
| 14750225 | + | Cascade Funding RM1 Alternative Holdings LLC, c/o Denise Carlon, Esquire/KML Law Group, 701 Market St. - Ste. 5000, Philadelphia, PA 19106-1541 |
| 14750226 | + | Chester County Tax Claim Bureau, 313 West Market Street, Suite 3602, West Chester, PA 19382-2804 |
| 14750228 | + | DELDOT/Delaware State Police, PO Box 1783, Baltimore, MD 21203-1783 |
| 14800585 | + | Drema O'Dell, c/o WILLIAM D. SCHROEDER, JR, 920 Lenmar Drive, Blue Bell, PA 19422-2000 |
| 14750234 | + | Willistown Chase HOA, PO Box 60005, Newark, NJ 07101-8052 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14726599 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 12 2024 00:05:40 | Capital One Auto, PO Box 60511, City of Industry CA 91716-0511 |
| 14750222 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 12 2024 00:05:42 | Capital One Auto Finance, CB Disputes Team, PO Box 259407, Plano, TX 75025-9407 |
| 14725919 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 12 2024 00:06:06 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14754197 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 12 2024 00:19:07 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14750223 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2024 00:06:04 | Capital One Bank USA NA, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14726597 | + | Email/Text: dfas.cleveland-oh.hga.mbx.bankruptcy-notifications@mail.mil | Jan 12 2024 00:03:00 | DFAS, 8899 E 56th Street, Indianapolis IN 46249-1001 |
| 14750229 | ^ | MEBN | Jan 11 2024 23:57:20 | First Progress Cards, PO Box 9053, Johnson City, TN 37615-9053 |
| 14750230 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 12 2024 00:03:00 | IRS, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14750231 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 12 2024 00:06:04 | JPMCB Card Svcs., PO Box 15369, Wilmington, DE 19850 |
| 14750233 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 11, 2024 | Form ID: 155 | Total Noticed: 22 |

|   |   |   |   |
|---|---|---|---|
|   |   | Jan 12 2024 00:05:37 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14750232 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 12 2024 00:03:00 | Penna. Dept. of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 13, 2024            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS LLC bkgroup@kmllawgroup.com |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net |
| KRISTEN WETZEL LADD | on behalf of Spec. Counsel Margaret A. Joy kladd@utbf.com  ogomez@utbf.com |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM D. SCHROEDER, JR | on behalf of Debtor Drema O'Dell schroeder@jrlaw.org  Healey@jrlaw.org |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Drema O'Dell
    Debtor(s)    Chapter: 13

Bankruptcy No: 22−12578−amc
_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this January 10, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge, United States Bankruptcy Court

162 − 152
Form 155