*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Drema O'Dell

    Debtor(s)

Case No: 22–12578–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion for leave to request withdrawal of Counsel for Debtor Filed by Drema O'Dell Represented by Self(Counsel).

on: 4/24/24

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 4/11/24

Timothy B. McGrath
Clerk of Court

172 – 170
Form 167