IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DREMA ODELL | BANKRUPTCY NO 22-12578-AMC |
| DEBTOR | |

## ORDER

AND NOW, upon consideration of the Debtor, Drema Odell, Motion for Withdrawal of Counsel, William Schroeder, Esquire as counsel for Debtor it is ORDERED that the Motion is GRANTED. Counsel's representation of Debtor is hereby terminated.

BY THE COURT:

Date: April 25, 2024

_____
ASHELY M. CHAN
U. S. BANKRUPTCY JUDGE

Date_____