Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 22-12578-AMC**

Drema O'Dell  
Drema O'Dell  
1801 WHISPERING BROOKE DR  
NEWTOWN SQUARE  PA    19073

Petition Filed Date: 09/25/2022  
341 Hearing Date: 02/24/2023  
Confirmation Date: 01/10/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $318.79 | 19318993516 | 08/11/2023 | $318.79 | 28241247925 | 10/02/2023 | $292.00 | 19318992990 |
| 11/08/2023 | $292.00 | 28241248667 | 12/21/2023 | $292.00 | 28241248882 | 01/11/2024 | $440.00 | 28886563563 |
| 01/17/2024 | $292.00 | 19497382632 | 02/27/2024 | $292.00 | 19497382734 | 03/19/2024 | $293.00 | 19605908896 |
| 04/10/2024 | $295.00 | 19497382225 | 05/20/2024 | $295.00 | 19497382370 | 06/18/2024 | $295.00 | 28886564068 |
| 07/22/2024 | $295.00 | 19645170228 | | | | | | |

**Total Receipts for the Period:  $4,010.58    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $5,887.28**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAPITAL ONE AUTO FINANCE<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $13,458.66 | $5,061.55 | $8,397.11 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $1,379.12 | $0.00 | $1,379.12 |
| 0 | JOHN A GAGLIARDI ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM D SCHROEDER JR ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-12578-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,887.28 | Current Monthly Payment: | $294.41 |
| Paid to Claims: | $5,061.55 | Arrearages: | ($293.49) |
| Paid to Trustee: | $560.23 | Total Plan Base: | $16,486.96 |
| Funds on Hand: | $265.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.