Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 22-12578-AMC**

Drema O'Dell  
PO Box 205  
Edgemont  PA   19028

Petition Filed Date: 09/25/2022  
341 Hearing Date: 02/24/2023  
Confirmation Date: 01/10/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2024 | $295.00 | 27524147984 | 09/25/2024 | $295.00 | 19599158089 | 10/25/2024 | $295.00 | 19599158184 |
| 12/03/2024 | $295.00 | 19599158335 | 01/30/2025 | $295.00 | 19689041771 | 03/03/2025 | $295.00 | 28886565093 |
| 03/26/2025 | $295.00 | 28886565363 | 04/23/2025 | $295.00 | 28886565677 | 06/02/2025 | $295.00 | 19689042190 |
| 06/24/2025 | $295.00 | 28886566026 | 07/22/2025 | $295.00 | 28886567185 | | | |

**Total Receipts for the Period: $3,245.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $9,132.28**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CAPITAL ONE AUTO FINANCE<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $13,458.66 | $8,049.88 | $5,408.78 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $1,379.12 | $0.00 | $1,379.12 |
| 0 | JOHN A GAGLIARDI ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM D SCHROEDER JR ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 22-12578-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,132.28 | Current Monthly Payment: | $294.41 |
| Paid to Claims: | $8,049.88 | Arrearages: | ($5.57) |
| Paid to Trustee: | $803.63 | Total Plan Base: | $16,486.96 |
| Funds on Hand: | $278.77 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.