**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Drema O'Dell a/k/a Floridarellc@gmail.com<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Cascade Funding RM1 Alternative Holdings, LLC<br>　　　　　　　Movant<br>　　　vs.<br>Drema O'Dell a/k/a Floridarellc@gmail.com<br>　　　　　　　　　　Debtor(s) | NO. 22-12578 AMC |
| Scott F. Waterman<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 9th day of Oct., 2025 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow Cascade Funding RM1 Alternative Holdings, LLC and its successor in title to proceed with an action to quiet title regarding the premises 1801 Whispering Brooke Drive Newtown Square, PA 19073.  The stay provided by Bankruptcy Rule 4001(a)(4) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan, United States Bankruptcy Judge.