United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 22-12578-amc
Drema O'Dell Chapter 13
Drema O'Dell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Oct 09, 2025      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Drema O'Dell, MAILING ADDRESS, PO Box 205, Edgmont, PA 19028-0205 |
| db | +++ | Drema O'Dell, 1801 Whispering Brooke Dr., Newtown Sq., PA 19073 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 11, 2025      Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:

**Name**      **Email Address**

DENISE ELIZABETH CARLON
     on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS  LLC bkgroup@kmllawgroup.com

GARY F. SEITZ
     on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net

KRISTEN WETZEL LADD
     on behalf of Spec. Counsel Margaret A. Joy kladd@utbf.com  ddays@utbf.com

MATTHEW K. FISSEL
     on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

REGINA COHEN
     on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 09, 2025 | Form ID: pdf900 | Total Noticed: 2

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Drema O'Dell a/k/a Floridarellc@gmail.com<br>Debtor(s) | CHAPTER 13 |
| Cascade Funding RM1 Alternative Holdings, LLC<br>Movant<br>vs.<br>Drema O'Dell a/k/a Floridarellc@gmail.com<br>Debtor(s) | NO. 22-12578 AMC |
| Scott F. Waterman<br>Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 9th day of Oct., 2025 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow Cascade Funding RM1 Alternative Holdings, LLC and its successor in title to proceed with an action to quiet title regarding the premises 1801 Whispering Brooke Drive Newtown Square, PA 19073. The stay provided by Bankruptcy Rule 4001(a)(4) has been waived.

_____
Ashely M. Chan, United States Bankruptcy Judge.