IN UNITED STATES BANKRUPTCY COURT
for EASTERN DISTRICT of Pennsylvania

In Re:

Drema Odell
Debtr

Cascade Funding RMT
Alternative Holdings LLC

Chapter 13
No 22-12578 AMC

FILED
OCT 14 2025
TIMOTHY McGRATH, CLERK
DEP CLERK

vs.

Drema Odell
Respondent

Scott Waterman, Esquire
Trustee

Debtor's Motion for Continuance

Now comes, Debtor, Drema Odell, And Request a Motion for Continuance AND states

1. The Debtor did not recieve the Movant's Supplemental for Motion for Limited Relief as of Sunday October 5, 2025.

1)

2) However, the Debtor became AWARE of a filing on the Bankruptcy Court website at 4:00pm on FRIDAY October 03, 2025

3) The MOVANT NOW BRINGS a NEW issue of fact and presents a NEW bases of claims justifying their limited relief of STAY

4) The MOVANT NOW WANTS to file a Quiet title ACTION AND a Third 3RD petition to the Agreement of SALE. Wherefore the Debtor request 20 days to file AN ANSWER in this NEW Motion for Relief AND ANY other relief.

*Drema O'dell*
DREMA Odell in prose

Certificate of Service

The Debtor certifies that the Motion for Continuance to Cascade Funding Motion for Limited Relief from the Stay by first class mail to the following:

Scott Waterman Trustee
2901 S. Lawrence Ave
Suite 100
Reading PA 19606

Office of United States Trustee
900 Market Street Suite 320
Phil, PA 19107

Matthew Fissel, Esquire
KML Law Group P.C
701 Market St
Suite 5000
Phil, PA 19106

Drema ODell

October 5, 2025