# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　Drema O'Dell<br><br>　　　　　　Debtor<br><br>Cascade Funding RM 1<br>Alternative Holdings, LLC,<br><br>　　　　　　Movant<br><br>　　　　vs.<br><br>Drema O'Dell a/k/a Floridarcllc@gmail.com<br><br>　　　　　　Respondent<br><br>Scott F. Waterman, Esquire<br><br>　　　　　　Trustee | CHAPTER 13<br>NO. 22-12578 AMC<br><br><br><br>11 U.S.C. § 362 |

## REQUEST FOR CONTINUANCE OF THE HEARING ON CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS, LLC'S MOTION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362

In response to the Court's request to Movant's counsel to provide clarification on the treatment by the Court of Common Pleas of Chester County, Pennsylvania of the automatic stay under Section 362 of the Bankruptcy Code in the Common Pleas Orders of April 1, 2024 and May 28, 2025, Movant instead filed a new motion for limited relief from the automatic stay, alleging new grounds for the

Movant's claims for relief and alleging new contested issues of fact which are not previously of record in the above-captioned bankruptcy.

Movant's new motion was electronically filed with this Court on September 30, 2025. The first class mail service set of the Movant's new motion for limited relief has not arrived in Debtor's mail as of the morning of Monday, October 6, 2025.

Due process requires that the Debtor be provided adequate time to compose an effective response to the Movant's new motion. The new motion has been presented by Movant with the intent for the Movant's new motion to be consolidated with Movant's Motion for Limited Relief which is already before this Court and is scheduled for a hearing on Wednesday, October 8, 2025. Eight calendar days from the filing of the Movant's new motion is not an adequate amount of time to compose an effective response to the Movant's new motion, and the Debtor will be prejudiced by the inability to compose an effective response if the Movant's new motion is heard on October 8, 2025.

The hearing on Cascade Funding RM1 Alternative Holdings, LLC's Motion for Limited Relief from the Automatic Stay Under Section 362 and the Movant's new motion for limited relief should be continued to this Court's next available hearing date after October 14, 2025.

WHEREFORE, the Debtor Respondent moves that the hearing on the instant Cascade Funding RM1 Alternative Holdings, LLC's Motion for Limited Relief from the Automatic Stay Under Section 362 and the Movant's new motion

for limited relief should be continued to this Court's next available hearing date after October 14, 2025.

Respectfully,

*[signature]*

Drema O'dell, *Pro Se*
P.O. Box 205
Edgmont, PA 19028
267-418-5177

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Drema O'Dell<br><br>              Debtor<br><br>Cascade Funding RM 1<br>Alternative Holdings, LLC,<br><br>              Movant<br><br>              vs.<br><br>Drema O'Dell a/k/a Floridarcllc@gmail.com<br><br>              Respondent<br><br>Scott F. Waterman, Esquire<br><br>              Trustee | CHAPTER 13<br>NO. 22-12578 AMC<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>11 U.S.C. § 362 |

ORDER

AND NOW, this _____ day of _____, 2025, upon Debtor's request

for a continuance of the hearing on Cascade Funding RM1 Alternative Holdings

LLC's Motion for Limited Relief from the Automatic Stay Under Section 362 and upon Cascade Funding RM1 Alternative Holdings LLC's response thereto, it is hereby ORDERED and DECREED that the said Motion is GRANTED. The hearing on Cascade Funding RM1 Alternative Holdings LLC's Motion for Limited Relief from the Automatic Stay Under Section 362 is hereby continued and shall now be heard on _____ ___, 2025.

                                                               BY THE COURT:

                                                               _____
                                                               J.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Drema O'Dell<br><br>    Debtor<br><br>Cascade Funding RM 1<br>Alternative Holdings, LLC,<br><br>    Movant<br><br>    vs.<br><br>Drema O'Dell a/k/a Floridarcllc@gmail.com<br><br>    Respondent<br><br>Scott F. Waterman, Esquire<br><br>    Trustee | CHAPTER 13<br>NO. 22- 12578 AMC<br><br><br><br><br><br><br><br><br><br><br><br><br><br>11 U.S.C. § 362 |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Request for Continuance has been served on October __07__, 2025, by first class mail*, postage prepaid upon those listed below:

>Trustee:
>Scott F. Waterman, Esquire
>Chapter 13 Trustee for Eastern District of Pennsylvania
>2901 St. Lawrence Ave., Suite 100, Reading, PA 19606
>Philadelphia, PA 19103

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Attorney for Creditor/Movant/Applicant

                          Respectfully submitted:

Drema O'dell, *Pro Se*
P.O. Box 205
Edgmont, PA 19028
267-418-5177

* Because of the limited time between now and the scheduled hearing on October 8, 2025, the response, proposed Order and certificate of service are also being provided by other means, including shipping via FedEx and transmission via e-mail.