# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 22-12578 (AMC) |
| Drema O'Dell, | Chapter 13 |
| Debtor | |

## AMENDED ORDER[1]

AND NOW, this 9th day of January 2026, it is hereby ORDERED THAT: the automatic stay of all proceedings as provided under § 362 of the Bankruptcy Reform Act of 1978 (the Code) 11 U.S.C. § 362, is modified and annulled as of October 9, 2025 to allow Cascade Funding RM1 Alternative Holdings, LLC and its successor in title to proceed with an action to quiet title regarding the premises located at 1801 Whispering Brooke Drive, Newtown Square, PA 19073. The stay provided by Bankruptcy Rule 4001(a)(4) has been waived.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc: Drema O'Dell

---

[1] The Court amends its order entered on October 9, 2025 at docket no. 186 ("October Order") pursuant to Federal Rule of Civil Procedure 60(a) ("Rule 60"), applicable to bankruptcy proceedings through Federal Rule of Bankruptcy Procedure 9024. Rule 60(a) provides that "[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice." The Court amends the October Order to eliminate the erroneous statement that Debtor did not file an opposition response to Cascade Funding RMW Alternative Holdings, LLC's request for relief from the automatic stay. The October Order's statement that Debtor failed to file a response was incorrect and due to oversight. As such, the Court exercises its authority to amend its own orders pursuant to Rule 60(a)(1).