**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | Case No. 22-12578 (AMC) |
| Drema O'Dell, | Chapter 13 |
| Debtor |  |

**ORDER**

AND NOW, this 9th day of January 2026, upon consideration of the "Motion Pursuant to Rule 9024 and Federal Rule of Civil Procedure 60 for Relief from This Court's Order of October 9, 2025" ("Reconsideration Motion") filed by Drema O'Dell ("Debtor"), and the opposition response filed by Cascade Funding RM1 Alternative Holdings, LLC ("Cascade"), it is hereby ORDERED that the Reconsideration Motion is GRANTED IN PART to eliminate the incorrect statement in the Court's order entered October 9, 2025 at docket no. 186 that Debtor did not file an opposition to Cascade's request for relief from the automatic stay. It is further ORDERED the Reconsideration Motion is DENIED in all other respects.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc: Drema O'Dell