United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                   Case No. 22-12578-amc
Drema O'Dell                                                                                     Chapter 13
Drema O'Dell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jan 09, 2026      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**
+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Drema O'Dell, MAILING ADDRESS, PO Box 205, Edgmont, PA 19028-0205 |
| db | +++ | Drema O'Dell, 1801 Whispering Brooke Dr., Newtown Sq., PA 19073 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 11, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS LLC bkgroup@kmllawgroup.com |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |
| KRISTEN WETZEL LADD | on behalf of Spec. Counsel Margaret A. Joy kladd@utbf.com ddays@utbf.com |
| MATTHEW K. FISSEL | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| REGINA COHEN | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 09, 2026 | Form ID: pdf900 | Total Noticed: 2

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 22-12578 (AMC) |
| Drema O'Dell, | Chapter 13 |
| Debtor | |

# AMENDED ORDER[1]

AND NOW, this 9th day of January 2026, it is hereby ORDERED THAT: the automatic stay of all proceedings as provided under § 362 of the Bankruptcy Reform Act of 1978 (the Code) 11 U.S.C. § 362, is modified and annulled as of October 9, 2025 to allow Cascade Funding RM1 Alternative Holdings, LLC and its successor in title to proceed with an action to quiet title regarding the premises located at 1801 Whispering Brooke Drive, Newtown Square, PA 19073. The stay provided by Bankruptcy Rule 4001(a)(4) has been waived.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc: Drema O'Dell

---

[1] The Court amends its order entered on October 9, 2025 at docket no. 186 ("October Order") pursuant to Federal Rule of Civil Procedure 60(a) ("Rule 60"), applicable to bankruptcy proceedings through Federal Rule of Bankruptcy Procedure 9024. Rule 60(a) provides that "[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice." The Court amends the October Order to eliminate the erroneous statement that Debtor did not file an opposition response to Cascade Funding RMW Alternative Holdings, LLC's request for relief from the automatic stay. The October Order's statement that Debtor failed to file a response was incorrect and due to oversight. As such, the Court exercises its authority to amend its own orders pursuant to Rule 60(a)(1).

1