IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Drema O'Dell

Debtor

CHAPTER 13
NO. 22- 12578 AMC

## DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS

The undersigned Debtor responds in opposition to the Trustee's Motion to Dismiss, and in support of the Response alleges:

1.    Admitted.

2.    Admitted in part, denied in part. The bankruptcy was commenced by a Chapter 7 petition, and was converted to Chapter 13 in January of 2023.

3.    Denied. The Debtor has made all payments under the plan. There are two payments that were tendered late when the Debtor was ill, but those payments have been made. The Debtor is unaware of any directive to modify the plan. The Debtor has received a number of amended Proof Of Claim filings from the IRS, and the Debtor is still trying to get an accounting from the IRS regarding the basis of the IRS's calculations to determine whether to object to the most recent amended Proof Of Claim.

FILED
MAR 18 2026
BY _____ CLERK OF COURT
DEP. CLERK

WHEREFORE, the Debtor Respondent requests that this Court deny the

Trustee's Motion to Dismiss.

Respectfully,

Drema O'dell, *Pro Se*
P.O. Box 205
Edgmont, PA 19028
267-418-5177

Date: 3-16-26

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Drema O'Dell

           Debtor

CHAPTER 13

NO. 22-12578 AMC

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Response in Opposition to the Trustee's Motion to Dismiss has been served on March ___, 2026, by first class mail, postage prepaid upon those listed below:

Trustee:
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19696

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Respectfully submitted:

_O'Dell 3/16/26_

Drema O'dell, *Pro Se*
P.O. Box 205
Edgmont, PA 19028
267-418-5177

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Drema O'Dell

          Debtor

CHAPTER 13

NO. 22- 12578 AMC

## ORDER

AND NOW, this _____ day of _____, 2026, upon TRUSTEE'S

MOTION TO DISMISS PURSUANT TO 11 U.S.C SECTION 1307, and Debtor

Drema O'Dell's response thereto, it is hereby ORDERED and DECREED that the

said Motion is DENIED.

BY THE COURT:

_____
ASHLEY M. CHAN
U.S. BANKRUPTCY JUDGE