IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In re:

    Drema Odell                                    CHAPTER 13

                                           NO. 22-12578 AMC

        Debtor

ADDITIONAL FILING RESPONSE TO TRUSTEE'S MOTION

TO DISMISS

The undersigned Debtor response to # 3 of previous response in opposition to the Trustee's Motion to Dismiss and alleges:

3. Admitted in part and denied in part. The Debtor has been late in making two payments and on March 21.2026 make two $ 295.00 payments and notified the Trustee's office. The Debtor has spoken with Ms. Mitchell of the IRS regarding the Poof of Claim. The C -13 has had three new agents and the current agent is Ms. Jessica M. and the Debtor has left detailed messages regarding the matter and has not had a response. The Debtor has mailed today a letter requesting a response and has mailed via Express mail. The Debtor objects to the Proof of Claim.



FILED

MAR 2 6 2026

CLERK OF COURT
DEP. CLERK
BY

WHEREFORE, the Debtor Respondent requests that this Court deny the

Trustee's Motion to Dismiss.

Respectfully,

Drema O'dell, *Pro Se*
P.O. Box 205
Edgmont, PA 19028
267-418-5177

Date:  3-24-2026

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

  Drema O'Dell

     Debtor

CHAPTER 13
NO. 22-12578 AMC

## O R D E R

AND NOW, this _____ day of _____, 2026, upon TRUSTEE'S

MOTION TO DISMISS PURSUANT TO 11 U.S.C SECTION 1307, and Debtor

Drema O'Dell's response thereto, it is hereby ORDERED and DECREED that the

said Motion is DENIED.

BY THE COURT:

_____
ASHLEY M. CHAN
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Drema O'Dell

              Debtor

CHAPTER 13
NO. 22- 12578 AMC

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Response in

Opposition to the Trustee's Motion to Dismiss has been served on March ___,

2026, by first class mail, postage prepaid upon those listed below:

Trustee:
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19696

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Respectfully submitted:

Drema O'dell, Pro Se
P.O. Box 205
Edgmont, PA 19028
267-418-5177

FILED
MAR 26 2026