IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT

OF PENNSYLVANIA

---

In re:

Drema Odell                                              CHAPTER 13

      Debtor                                        NO. 22-12578

DEBTOR'S OPPOSITION TO THE IRS PROOF OF CLAIM

FILED 12.15.2025

The Debtor files this response in Opposition to the Trustee's Motion to Dismiss and states:

1) The Debtor has spoken with Ms. Mitchell of the IRS regarding the proof of claim and was informed that the C-13 case has been given to a Ms. Jessica M. and her telephone number was given. The Debtor has left three detailed messages regarding this matter and has not had a response. The Debtor mailed a letter with the same explanation and requested a speedy response via Express mail on March 27, 2026 but to date has not heard from the IRS.

    WHEREFORE, the Debtor requests that this Court deny the Trustee's Motion to Dismiss.



FILED

APR 1 5 2026

CLERK OF COURT
BY _____ DEP CLERK

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Drema O'Dell

          Debtor

CHAPTER 13

NO. 22- 12578 AMC

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Response in

Opposition to the Trustee's Motion to Dismiss has been served on ~~March~~ *April* _14_,

2026, by first class mail, postage prepaid upon those listed below:

Trustee:
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19696

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Respectfully submitted:

Drema O'dell, *Pro Se*
P.O. Box 205
Edgmont, PA 19028
267-418-5177

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Drema O'Dell

          Debtor

CHAPTER 13
NO. 22- 12578 AMC

## ORDER

AND NOW, this _____ day of _____, 2026, upon TRUSTEE'S

MOTION TO DISMISS PURSUANT TO 11 U.S.C SECTION 1307, and Debtor

Drema O'Dell's response thereto, it is hereby ORDERED and DECREED that the

said Motion is DENIED.

BY THE COURT:

_____
ASHLEY M. CHAN
U.S. BANKRUPTCY JUDGE