Drema Odell
P.O. Box 205
Edgmont, PA 19028
(267) 418-5177

## IN THE COURT OF COMMON PLEAS
## OF CHESTER COUNTY, PENNSYLVANIA
## CIVIL DIVISION – LAW AND EQUITY

| | | |
|---|---|---|
| DREMA ODELL,<br>       Plaintiff | } } | Docket No. 2022-02241-CT |
| vs. | } } | Trial by a Jury of Twelve Demanded |
| CASCADE FUNDING RM1<br>ALTERNATIVE HOLDINGS LLC<br>       Defendant | } } } | |

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Dream Odell hereby appeals the April 9,

2026 Order of this Court to the Superior Court of Pennsylvania.

Respectfully,

_____
Drema Odell, *pro se*



FILED

MAY    7 2026

CLERK OF COURT
DEP CLERK

Drema Odell
P.O. Box 205
Edgmont, PA 19028
(267) 418-5177

## IN THE COURT OF COMMON PLEAS
## OF CHESTER COUNTY, PENNSYLVANIA
## CIVIL DIVISION – LAW AND EQUITY

DREMA ODELL,                            }        Docket No. 2022-02241-CT
        Plaintiff               }
   vs.                                 }        Trial by a Jury of Twelve Demanded
                                        }
CASCADE FUNDING RM1                     }
ALTERNATIVE HOLDINGS LLC                }
        Defendant               }

## CERTIFICATION/PROOF OF SERVICE

I certify that the preceding has been served upon the following by sending one true and

correct copy thereof to each of the below by US Mail, first class postage prepaid, this day, at:


Kenya D. Bates, Esquire                  The Hon. Anthony T. Verwey
McCABE, WEISBERG & CONWAY, LLC           Court of Common Pleas of
1420 Walnut Street, Suite 1501           Chester County, Pennsylvania
Philadelphia, PA 19102                   Justice Center, Courtroom 2
(215) 790-1010                           201 West Market Street
                                         West Chester, PA 19380-0989
                                         (610) 344-4230


Office of the Court Administrator        Chief Judge Ashely M. Chan
Chester County Courthouse                Robert N.C. Nix Sr. Federal Courthouse
201 W. Market Street                     900 Market Street, Suite 204
West Chester, PA 19380                   Philadelphia, PA 19107
(610) 344-6000                           (215) 408-2830


Drema Odell, *pro se*
Address as above

Date:  May 7, 2026

FILED

MAY   7  2026

CLERK OF COURT



| | |
|---|---|
| Drema Odell,<br>　　　　Plaintiff,<br><br>v.<br><br>Cascade Funding RMI Alternative<br>Holdings LLC,<br>　　　　Defendant. | Chester County<br>Court of Common Pleas<br><br>No. 2022-02241-CT |

## ORDER

AND NOW, this ___9__ day of April, 2026, upon consideration of Plaintiff's

Motion to Strike Defendant's Motion to Enforce Court Order, Defendant's

answer, and all related filings, it is ORDERED that the Motion is DENIED.[1]

IT IS FURTHER ORDER that a hearing on Defendant's Motion to Enforce

Court Order shall be held July 1, 2026, at 9:00 a.m. in Courtroom 2, Chester

County Justice Center, 201 West Market Street, West Chester, Pennsylvania.

BY THE COURT:

Anthony T. Verwey, J.

---

[1]　Plaintiff, who is pro se, represented that a bankruptcy stay was in place when she filed the Motion to Strike on March 3, 2026. In fact, the automatic stay was modified and annulled by the Bankruptcy Court in an Order issued January 9, 2026, "to allow Cascade Funding RMI Alternative Holdings, LLC and its successor in title to proceed with an action to quiet title regarding the premises located at 1801 Whispering Brook Drive, Newtown Square, PA 19073." At the time Plaintiff filed her Motion, no stay was in place with regard to the matter before this court.

*2022-02241-CT*