United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                  Case No. 22-12578-amc

Drema O'Dell                                                                    Chapter 13

Drema O'Dell

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 22, 2026 | Form ID: 234 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+++                    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Drema O'Dell, MAILING ADDRESS, PO Box 205, Edgmont, PA 19028-0205 |
| db | +++ | Drema O'Dell, 1801 Whispering Brooke Dr., Newtown Sq., PA 19073 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026                          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GARY F. SEITZ | |
| | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net |
| KRISTEN WETZEL LADD | |
| | on behalf of Spec. Counsel Margaret A. Joy kladd@utbf.com  ddays@utbf.com |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| REGINA COHEN | |
| | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Jun 22, 2026                       Form ID: 234                                    Total Noticed: 2

SCOTT F. WATERMAN [Chapter 13]
                    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Drema O'Dell

           Debtor(s)

Case No:22−12578−amc

Chapter: 13

---

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Mohung Wong
Clerk of Court

Date: 6/22/26