United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-12578-amc

Drema O'Dell                                                                               Chapter 13

Drema O'Dell

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2026 | Form ID: 245 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+++       Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Drema O'Dell, MAILING ADDRESS, PO Box 205, Edgmont, PA 19028-0205 |
| db | +++ | Drema O'Dell, 1801 Whispering Brooke Dr., Newtown Sq., PA 19073 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026                           Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GARY F. SEITZ | |
| | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net |
| KRISTEN WETZEL LADD | |
| | on behalf of Spec. Counsel Margaret A. Joy kladd@utbf.com  ddays@utbf.com |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| REGINA COHEN | |
| | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |

District/off: 0313-2                              User: admin                                    Page 2 of 2

Date Rcvd: Jun 29, 2026                          Form ID: 245                                   Total Noticed: 2

SCOTT F. WATERMAN [Chapter 13]
                    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*Form 245* (3/23)–doc 223 – 221

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     Drema O'Dell | ) | Case No. 22–12578–amc |
|     aka Floridarellc@gmail.com | ) | |
| | ) | |
|     Drema O'Dell | ) | Chapter: 13 |
| | ) | |
|     Debtor(s). | ) | |

## Notice to Take Action

Re:  Doc.# [221] Determine Lien Satisfied

The above pleading was filed in this office. Please be advised that the document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

- ☐ Affidavit
- ☐ Certificate of Service
- ☐ Certification of no response
- ☐ Notice pursuant to Rule 9019
- ☐ Notice pursuant to Rule 2002
- ☐ Notice pursuant to Rule 3007.1
- ☐ Proof of Claim number not noted on objection pursuant to Rule 3007.1(a)
- ☐ Proposed Order
- ☐ Stipulation
- ☐ Certification of Default
- ☑ Other Notice of Motion and Hearing Date

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office on or before July 13, 2026. Otherwise, the matter will be referred to the Court.

Date: June 29, 2026

For The Court

Mohung Wong
Clerk of Court