IN THE UNITED STATES BANKRUPTCY COURT FOR THE Eastern District of

Pennsylvania

IN Re:  Drema Odell                                         Chapter 13

Debtor

No. 22 – 12578 AMC

## Debtor's Motion to Incur Debt

The Debtor, Drema Odell, in pro se, hereby requests an order authorizing the

Debtor to incur new debt for the purpose of  purchasing residential property at

1801 Whispering Brooke Drive, Newtown Square, Pennsylvania 19073.  The

Lender is Matthew Matz, Senior Lender at  Prosperity Home Mortgage LLC for the

purchase price of $ 275,000.00 FHA 30 year fixed rate 6.1%.

The Debtor has been approved and Prosperity Home Mortgage LLC

underwriting is requesting to move forward and needs this form to do so.

Respectfully,

Drema Odell, in pro se

Box 205, Edgmont, Pa 19028

267-418-5177



FILED

JUL – 6 2026

CLERK OF COURT
BY _____DEP. CLERK

Certificate of Service

I hereby certify that a true and correct copy of the Debtor's Motion to Incur Debt has been served on July       , 2026 by first class mail, postage prepaid upon those listed below:

Trustee:

Scott F. Waterman Esquire

2901 St. Lawrence Avenue Suite 100

Reading, PA 19606

Office of the United States Trustee

Robert N.C. Nix Federal Building

900 Market Street, Suite 320

Philadelphia, PA 19107

MATTHEW Fissel, Esq.
KML Law Group
Suite 5000
BNY Independence Center
701 MARKET Street
Philadelphia, PA
19106

DATE: 7/3/2026

Respectfully submitted:    7/3/2026

Drema Odell in pro se

Drema Odell, in pro se

Box 205

Edgemont, PA 19028

267-418-5177