**DEBRAUNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| | : | |
| **DREMA O'DELL,** | : | |
| **Debtor** | : | **Bky. No. 22-12578 AMC** |

## O R D E R

      **AND**, the court having reviewed the Debtor's Motion to Incur Debt filed on July 6, 2026 at docket entry #227 ("the Motion");

      **AND**, there being no objection;

      It is hereby **ORDERED** that:

1.  The Motion is **GRANTED** and the Debtor is permitted to incur debt for the purpose of purchasing residential property at 1801 Whispering Brooke Drive, Newtown Square, PA 19073.

**Date: July 7, 2026**

_____
    **ASHELY M. CHAN**
    **U.S. BANKRUPTCY JUDGE**