United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-12578-amc

Drema O'Dell                                                                           Chapter 13

Drema O'Dell

        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 07, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Drema O'Dell, MAILING ADDRESS, PO Box 205, Edgmont, PA 19028-0205 |
| db | +++ | Drema O'Dell, 1801 Whispering Brooke Dr., Newtown Sq., PA 19073 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GARY F. SEITZ | |
| | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net |
| KRISTEN WETZEL LADD | |
| | on behalf of Spec. Counsel Margaret A. Joy kladd@utbf.com  ddays@utbf.com |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| REGINA COHEN | |
| | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |

District/off: 0313-2    User: admin    Page 2 of 2

Date Rcvd: Jul 07, 2026    Form ID: pdf900    Total Noticed: 2

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**DEBRAUNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | | : | **Chapter 13** |
| | | : | |
| **DREMA O'DELL,** | | : | |
| | **Debtor** | : | **Bky. No. 22-12578 AMC** |

## O R D E R

AND, the court having reviewed the Debtor's Motion to Incur Debt filed on July 6, 2026 at docket entry #227 ("the Motion");

AND, there being no objection;

It is hereby **ORDERED** that:

1. The Motion is **GRANTED** and the Debtor is permitted to incur debt for the purpose of purchasing residential property at 1801 Whispering Brooke Drive, Newtown Square, PA 19073.

**Date: July 7, 2026**

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**