United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 22-12578-amc

Drema O'Dell                                                                                Chapter 13

Drema O'Dell

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2026 | Form ID: 232 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Drema O'Dell, MAILING ADDRESS, PO Box 205, Edgmont, PA 19028-0205 |
| db | +++ | Drema O'Dell, 1801 Whispering Brooke Dr., Newtown Sq., PA 19073 |
| aty | + | Wetzel Gagliardi Fetter & Lavin LLC, 122 S. Church St., West Chester, PA 19382-3223 |
| sp | + | Margaret A. Joy, Unruh Turner Burke & Frees P.C., 17 W. Gay Street, West Chester, PA 19380-3090 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 15 2026 02:23:05 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| sp | *+ | Margaret A. Joy, Unruh Turner Burke & Frees P.C., 17 W. Gay Street, West Chester, PA 19380-3090 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026                        Signature:                /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

District/off: 0313-2                    User: admin                              Page 2 of 2

Date Rcvd: Jul 14, 2026                 Form ID: 232                             Total Noticed: 5

| Name | Email Address |
| --- | --- |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net |
| KRISTEN WETZEL LADD | on behalf of Spec. Counsel Margaret A. Joy kladd@utbf.com  ddays@utbf.com |
| MATTHEW K. FISSEL | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| REGINA COHEN | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Drema O'Dell

       Debtor(s)                                                      Bankruptcy No: 22−12578−amc

                                                 Chapter: 13

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

Dreme O'Dell has filed Multiple Motions with the court.

1. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before August 5, 2026 you or your attorney must file a response to the Motion. (*see Filing Instructions below*).

3. A hearing on the Motion is scheduled to be held on 8/19/26 , at 11:00 AM in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408− 2800 and for Reading cases at 610−208−5040 to find out  whether the hearing  has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the movant whose name and address is listed on this Notice.

Filing Instructions

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005−1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at:
United States Bankruptcy Court
Please select the Office Location

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant:

[Movant name]  Drema O'Dell

[Address] Box 205 Edgmont, PA 19028

[Phone  No.]

[Fax  No.]

[E−mail address]

[If applicable, name and address of others to be served.]

 Dated: 7/14/26

231 − 220, 221, 226
Form 232