**DEBRAUNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | |
| **DREMA O'DELL,** | : | **Chapter 13** |
| | : | |
| | : | |
| **Debtor** | : | **Bky. No. 22-12578AMC** |

## O R D E R

**AND**, the Court having reviewed the Debtor's Emergency Motion for Relief and Motion to Declare Secured Debt Satisfied and Void and to Hold Creditor Cascade Funding & Judge Verway in Contempt filed at ECF 235 ("the Motion") ;

It is hereby **ORDERED** that:

1. The Request for an emergency hearing is **DENIED**.

**Date:** Aug. 11, 2026

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE