**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **Chapter 13** |
| **DREMA O'DELL,** | : | |
| | : | |
| | : | **Bankruptcy No. 22-12578-AMC** |
| | : | |
| **DEBTOR** | : | |
| | : | |

**ORDER**

AND NOW, this 20th day of August 2026, upon consideration of Debtor's Motion to Hold Creditor Cascade Funding RM1 Alternative Holdings LLC in Contempt (ECF 220); Debtor's Motion to Declare Secured Debt Satisfied, Compel Release of Lien, and Compel Conveyance of Deed (ECF 221); and Debtor's Emergency Motion for Relief (226) (collectively, the "Motions"), and the responses filed thereto, for the reasons stated on the record at the hearings on August 19, 2026, the Motions are hereby DENIED in their entirety.

Honorable Ashely M. Chan
United States Bankruptcy Judge