*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Drema O'Dell | ) | Case No. 22−12578−amc |
| aka Floridarellc@gmail.com | ) | |
| | ) | |
| Drema O'Dell | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered August 20, 2026 by the Honorable Ashely M. Chan
Notice of appeal filing fee ☐ paid ☑ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐ Report and recommendation entered by the Honorable Ashely M. Chan
☐ Other

Kindly acknowledge receipt on the copy of the letter provided.

Date: August 28, 2026

For The Court

Mohung Wong
Clerk of Court

---

Received Above material or record tile this day: ____________________
Civil Action No. __________________ Signature: ___________________
Miscellaneous No._________________ Date: __________________
Assigned to Judge ______________________