United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 22-12578-amc
Drema O'Dell Chapter 13
Drema O'Dell
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Aug 27, 2026 Form ID: 138FIN Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Drema O'Dell, MAILING ADDRESS, PO Box 205, Edgmont, PA 19028-0205 |
| db | +++ | Drema O'Dell, 1801 Whispering Brooke Dr., Newtown Sq., PA 19073 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 28 2026 01:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 28 2026 01:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |

KRISTEN WETZEL LADD
on behalf of Spec. Counsel Margaret A. Joy kladd@utbf.com ddays@utbf.com

MATTHEW K. FISSEL
on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

REGINA COHEN
on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 138FIN* (6/24)−doc 250 − 249

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Drema O'Dell | ) | Case No. 22−12578−amc |
| aka Floridarellc@gmail.com | ) | |
| | ) | |
| Drema O'Dell | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: August 27, 2026

For The Court

Mohung Wong
Clerk of Court