United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Drema O'Dell
Drema O'Dell
Debtors

Case No. 22-12578-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Aug 28, 2026 Form ID: 256 Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 29 2026 02:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 29 2026 02:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |
| KRISTEN WETZEL LADD | on behalf of Spec. Counsel Margaret A. Joy kladd@utbf.com ddays@utbf.com |
| MATTHEW K. FISSEL | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| REGINA COHEN | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com |

SCOTT F. WATERMAN [Chapter 13]
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 256* (3/23)−doc 253 − 251

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Drema O'Dell<br>aka Floridarellc@gmail.com | ) | Case No. 22−12578−amc |
| Drema O'Dell | ) | Chapter: 13 |
| Debtor(s). | ) | |

## Certificate of Service

The Clerk hereby certifies that a true and correct copy of the attached document Doc.# [251] Notice of Appeal as served on August 28, 2026 to the below parties by the method indicated:

| Party | Method of Service |
|---|---|
| Chief Judge Ashely M. Chan | Email |
| Office of the United States Trustee | CM/ECF |
| Case Trustee: SCOTT F. WATERMAN [Chapter 13] | CM/ECF |
| U.S. District Court | Email |
| Debtor: Drema O'Dell | Regular mail through the BNC |
| Other Parties:<br>Attorney Matthew Fissel for Cascade Funding RM1 Alternative Holdings LLC | Email or CM/ECF |
| Honorable Anthony T. Verwey | Regular mail or Bankruptcy Servicing Center (BNC) |

Date: August 28, 2026

For The Court

Mohung Wong
Clerk of Court