United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-12578-amc

Drema O'Dell Chapter 13

Drema O'Dell

Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2

Date Rcvd: Aug 28, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | +++ | Drema O'Dell, MAILING ADDRESS, PO Box 205, Edgmont, PA 19028-0205 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |
| KRISTEN WETZEL LADD | on behalf of Spec. Counsel Margaret A. Joy kladd@utbf.com ddays@utbf.com |
| MATTHEW K. FISSEL | on behalf of Creditor CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| REGINA COHEN | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | |

on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

Official Form 417A (12/23)

FEE PAID

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Drema O'Dell<br><br>Debtor | CHAPTER 13<br>NO. 22- 12578 AMC |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Drema O'Dell

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ☐ Plaintiff
   - ☐ Defendant
   - ☐ Other (describe) ____________

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☑ Debtor
   - ☐ Creditor
   - ☐ Trustee
   - ☐ Other (describe) ____________

U.S. BANKRUPTCY COURT FILED

### Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Order denying Debtor's Motions for Contempt and Motion to Declare Secured Debt Satisfied

2. State the date on which the judgment—or the appealable order or decree—was entered:
   August 20, 2026

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Cascade Funding RM1 Alternative Holdings LLC
   Attorney: Matthew Fissel, Esquire
   KML Law Group P.C., 701 Market Street
   Suite 5000, Philadelphia PA 19106
   (215) 627-1322

2. Party: Honorable Anthony T. Verwey    Attorney: N/A

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Drema Odell

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 8-26-2026

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Drema O'dell, *Pro Se*
P.O. Box 205
Edgmont, PA 19028
267-418-5177

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Drema O'Dell<br><br>Debtor | CHAPTER 13<br>NO. 22- 12578 AMC |

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing DEBTOR'S MOTION TO HOLD CREDITOR CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS LLC IN CONTEMPT OF THIS COURT'S JANUARY 9, 2026 AMENDED ORDER AND OF THE 11 U.S.C. §362 STAY, AND TO STRIKE OFF THE CREDITOR'S MOTION TO ENFORCE COURT ORDER, WHICH HAS BEEN ENTERED IN THE COURT OF COMMON PLEAS OF CHESTER COUNTY, PENNSYLVANIA has been served on ~~June~~ August 26, 2026, by first class mail, postage prepaid upon those listed below: AND Notice of APPEAL filed AND sent First class mail to the following:

Trustee:
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19696

Office of the United States Trustee
Robert N.C. Nix Federal Building

U.S. BANKRUPTCY COURT
FILED

900 Market Street, Suite 320
Philadelphia, PA 19107

Kenya D. Bates, Esquire
McCabe, WEISBERG & CONWAY, LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
(215) 790-1010

The Honorable Anthony T. Verwey
Court of Common Pleas of Chester County, Pennsylvania
Justice Center, Courtroom 2
201 West Market Street
West Chester, PA 19380-0989
610-344-4230

August 26, 2026

Respectfully submitted:

D. O'Dell

Drema O'dell, *Pro Se*
P.O. Box 205
Edgmont, PA 19028
267-418-5177

Matthew Fissel, Esq
KML LAW Group
701 MARKET Street
Suite 5000
Phil, PA 19106
215-627-1322