**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Drema O'Dell aka Floridarellc@gmail.com**<br><br>**Debtor(s)**<br><br>**CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS, LLC**<br>**Movant**<br>**vs.**<br><br>**Drema O'Dell aka Floridarellc@gmail.com**<br><br>**Debtor(s)**<br><br>**Scott F. Waterman**<br>**Trustee** | **BK NO. 22-12578 AMC**<br><br>**Chapter 13** |

## Amended CERTIFICATE OF SERVICE

I, Maggie Soboleski, certify that on 10/21/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion for Relief
- Certificate of No Response

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 10/21/2026

**/s/ Maggie Soboleski**
**Maggie Soboleski,** Esquire
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Drema O'Dell aka<br>Floridarellc@gmail.com<br>PO Box 205<br>Edgmont, PA 19028 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>__________________<br>(as authorized by the court *) |
| Pro Se | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>__________________<br>(as authorized by the court *) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>__________________<br>(as authorized by the court *) |